## *United States District Court for the Northern District of Illinois*

Case Number:                  Assigned/Issued By:

Judge Name:                   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

                 ☐ IFP        ☐ No Fee    ☐ Other _____

                 ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                            ☐ Alias Summons

☐ Third Party Summons             ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

                                                     _____
                                                     (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
        (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                            (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05