IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEXIA CREDIT LOCAL, f/k/a Dexia Public Finance Bank and Credit Local de France, ) ) ) Plaintiff, ) ) vs. ) ) PETER G. ROGAN, et al. ) ) Defendant. ) | Case No. 02 C 8288 Judge Matthew F. Kennelly Magistrate Judge Sidney I. Schenkier |

## AFFIDAVIT OF JUDITH ROGAN IN SUPPORT OF HER STATEMENT OF DISPUTED FACTS

In support of her statement of disputed facts, Respondent Judith Rogan states as follows:

1. I have never attempted to hide or conceal assets of Peter Rogan as described in the affidavit of Scott Mendeloff. I have complied to the best of my ability to produce to Dexia Credit Local or to the United States of America all records of my accounts and real property holdings. I have executed powers of attorneys for my lawyers to use to obtain bank and financial institution records from third parties pursuant to request, in particular, Oceanic Bank, HSBC Bank Canada and 1st National Bank in Valparaiso. Copies of my powers of attorney signed to assist Dexia in obtaining documents are attached as Exhibit A.

2. I have never destroyed any financial record in response to a request by Dexia Credit Local or the United States.

3. I have never participated in any plan to funnel assets to Peter Rogan. I have owned either individually or through my revocable trust the property in Florida at Longboat Key, at 476 Wexford Road in Valparaiso, Indiana and 55 East Erie in Chicago, Illinois.

4. I have owned the Wexford property since 1989. Peter Rogan had no judgments against him in 1989 or before to my knowledge. The same is true with the Florida property which was sold in 2005 and was aquired in 1990.

5. I personally directed the construction of the Wexford house and the Erie Condominium. The various contractors on both projects reported to me. Peter Rogan had minor involvement in the construction of 476 Wexford and less in 55 E Erie.

6. The domestic trusts of Brian Rogan, Sara Caitlin Rogan and Robert Rogan were set up by Peter Rogan and me in 1992 as gifts.

7. I have no knowledge of any false statements by Peter Rogan to any court or to any party in litigation. I have never provided any funds to Peter Rogan in violation of any court order.

8. I do not own any real estate in Vancouver Canada. I have a lease on a condominium in which Peter Rogan lives and I pay the rent on the condominium.

9. I have never surreptitiously transferred any funds to Peter Rogan out of any distribution received by me from any trust. To the best of my recollection and belief the monies I borrowed against the 476 Wexford Road property were used to repay a loan PGR Properties Inc. made to me, the proceeds which I used as partial payment for the 55 E Erie property.

10. I have not received any transfer of funds from any of the children's trust for transfer to Peter Rogan.

11. I have never assisted Peter Rogan in avoiding any court order. I do not know what court orders have been directed to Peter Rogan, except the judgments.

Further Affiant Sayeth Not

_____
Judith K. Rogan