**EXHIBIT D**

# O'ROURKE KATTEN & MOODY

161 NORTH CLARK STREET
SUITE 2230
CHICAGO, ILLINOIS 60601

(312) 849-2020
(312) 849-2021 FAX

September 11, 2007

**Letter of Instruction**
Brandywine Fund
Account Number: 16000609225
Account Holder: Judith K. Rogan

To Whom It May Concern:

Enclosed please find a copy of a signed Power of Attorney to Request and Receive Financial Account Information and Documentation, appointing O'Rourke Katten & Moody, as Judith K. Rogan's Attorney-in-Fact. Pursuant to the authorizing language of the Power of Attorney, O'Rourke Katten & Moody, through one of its agents, requests the following account documents:

- Annual Account Summaries, including individual deposits, checks, or wire transfer records, spanning from January 1, 2004 through the present.

Please send all requested documentation to:

Michael O'Rourke
O'Rourke Katten & Moody
161 N. Clark St., Suite 2230
Chicago, Illinois 60601

If the above request entails costs in excess of $100.00, please notify the undersigned prior to any document production. Thank you very much for your cooperation in this matter.

Regards,

*[signature]*

Michael J. O'Rourke, Partner
O'Rourke Katten & Moody

# POWER OF ATTORNEY TO REQUEST AND RECEIVE FINANCIAL ACCOUNT INFORMATION AND DOCUMENTATION

**1. Appointment of Attorney-in-Fact.** KNOW ALL MEN BY THESE PRESENTS, that I, Judith K. Rogan, residing at 476 Wexford Road, Valparaiso, Indiana 46385, make, constitute, and appoint O'Rourke Katten & Moody, an Illinois law partnership, located at 161 North Clark Street, Suite 2230, Chicago, Illinois 60601, to be my lawful Attorney-in-Fact for me and to do any and all acts listed herein.

**2. Enumeration of Attorney-in-Fact's Powers.** The powers granted to my Attorney-in-Fact are:

**a. Requesting Financial Account Information and Documentation from Principal's Financial Institutions.** To request in any manner all documents and information related to, outlining, or otherwise having to do with Principal's financial accounts at the Principal's institution at which the request is submitted.

**b. Receiving all Information and Documentation Requested from any of Principal's Financial Institutions.** To demand all documents and information requested from Principal's financial institutions to be addressed and sent to Attorney-in-Fact's place of business.

**3. Duration.** This Power of Attorney will remain in force until written notice of revocation is received by the Attorney-in-Fact.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the 5th day of September, 2007.

_____
Principal

_____
Attorney-in-Fact

_____
Acknowledgment