**EXHIBIT F**

# O'ROURKE KATTEN & MOODY

161 NORTH CLARK STREET
SUITE 2230
CHICAGO, ILLINOIS 60601

(312) 849-2020
(312) 849-2021 FAX

September 19, 2007

**Letter of Instruction**
DWS Scudder
Account Number: 11-103-15216-9
Account Holder: Judith K. Rogan

To Whom It May Concern:

Enclosed please find a copy of a signed and notarized Power of Attorney to Request and Receive Financial Account Information and Documentation, appointing O'Rourke Katten & Moody, as Judith K. Rogan's Attorney-in-Fact. Pursuant to the authorizing language of the Power of Attorney, O'Rourke Katten & Moody, through one of its agents, requests the following account documents:

- Monthly Account Summaries, including individual deposits, checks, or wire transfer records, spanning from January 1, 2004 through March 2004.
- Monthly Account Summaries, including individual deposits, checks, or wire transfer records, spanning from August 2004 through December 2004.
- Monthly Account Summaries, including individual deposits, checks, or wire transfer records, spanning from January 2005 through present.

Please send all requested documentation to:

Michael O'Rourke
O'Rourke Katten & Moody
161 N. Clark St., Suite 2230
Chicago, Illinois 60601

If the above request entails costs in excess of $100.00, please notify the undersigned prior to any document production. Thank you very much for your cooperation in this matter.

Regards,

Michael J. O'Rourke, Partner
O'Rourke Katten & Moody



# Durable Power of Attorney

You may use this form to appoint either one or two agents on your account. If you are appointing only one agent, strike out the portion for the second agent. In the event two agents are named, either on a single or a joint account, either agent will have the ability to act individually on behalf of the owner(s) of the account. For assistance completing this form, please call or visit www.dws-scudder.com.

- For Class A, B or C shares, call (800) 621-1048.
- For Class S shares, call (800) 728-3337.

If you are establishing a new account, you must also complete a New Account Application. The checkwriting feature is not allowed on Power of Attorney accounts.

### STEP 1  Provide account owner(s) information

Print your name: **Judith Rogan**
Social Security number on account (required): **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**
Print name of joint owner (if any): **N/A**
Account number*: **87-080-8027**
Daytime phone number: **(219) 508-1454**  **219-464-4094**
E-mail address: **jkrogan476@comcast.net**

*A new account number will be assigned upon the addition of Power of Attorney to the account registration. This Power of Attorney will be effective for all funds under the new account number.

This form does not apply to fiduciary accounts (estates, trusts, guardianships, etc.) or retirement accounts other than IRA accounts (Traditional, Roth or Coverdell Education Savings) for which DWS Trust Company ("DWSTC") acts as custodian and DWS Scudder Investments Service Company acts as its agent.

### STEP 2  Power of attorney authorization

I(We), **Michael J. O'Rourke**
Name of owner(s)
do hereby make, constitute and appoint,

Name of Attorney-In-Fact/Agent: **Michael J. O'Rourke**
Name of Attorney-In-Fact/Agent: **N/A**

US residential address of Agent**: **161 N. Clark St., Ste. 2230**
City: **Chicago**  State: **IL**  ZIP: **60601**

Agent Social Security number: **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**
Agent date of birth: **2/27/1951**

Daytime phone number: **(312) 849-2020**
(Evening phone number): **Same**

Agent signature—By signing here the Attorney-in-Fact/Agent agrees to the terms and conditions set forth herein.

Agent signature—By signing here the Attorney-in-Fact/Agent agrees to the terms and conditions set forth herein.

**P.O. Box not acceptable

I authorize my true and lawful attorney(s) or agent(s) ("Attorney-in-Fact(s)") to act severally (if more than one agent is designated, each agent can act alone) in my name, place and stead in any way which I myself could do to give instructions to DWS Scudder Investments Service Company with respect to the account(s) listed above in step 1, in order to buy, sell, exchange, transfer or redeem, or make gifts of, securities and, to myself or others, effect transactions for the account(s) or for any account(s) (including, without limitation, any account which is an IRA (e.g., Traditional, Roth or Coverdell Education Savings) or 403(b) Plan account for which DWS Trust Company acts as custodian, and any accounts for plans intending to be qualified under section 401(a) of the Internal Revenue Code of 1986, as amended) with identical registration which may be opened at some time in the future while this power of attorney is in full force and effect.

**STEP 2 Power of attorney authorization (continued)**

I(We) agree that upon receipt by DWS Scudder Investments Service Company of an executed copy or facsimile of this instrument it may act hereunder, and that revocation or termination hereby shall be ineffective as to DWS Scudder Investments Service Company unless and until it shall have received actual notice or knowledge of such revocation or termination.

I(We) hereby agree to indemnify and to hold harmless DWS Scudder Investments Service Company, DWS Scudder Distributors, Inc., DWS Trust Company and the registered investment companies advised by Deutsche Investment Management Americas Inc. and its affiliates ("DWS Scudder") and their agents and assigns and each of their respective officers, directors, trustees and employees from any and all claims, liabilities, suits or actions of any sort or nature whatsoever brought or asserted by any person or entity whatsoever for or related to the compliance by DWS Scudder Investments Service Company with the instructions contained in this Power of Attorney Authorization ("Authorization") or any and all steps or acts undertaken by DWS Scudder Investments Service Company in connection with this Authorization, and for acting upon any instructions, either oral or in writing, believed to have originated from such attorney(s) or agent(s) and all acts of said agent(s) with respect to shares held in my account with respect to such investment companies; and I(We) agree that the foregoing indemnification and hold harmless provision shall extend to and include (1) interest on any of its monies which DWS Scudder Investments Service Company may be required to or may expend in compliance with this Authorization and (2) attorney's fees in connection with its defense.

This indemnity is a continuing one and shall remain in full force and in effect even upon the disability or incompetence of the undersigned, and shall be binding upon the undersigned's heirs, executors, successors, beneficiaries, or assigns, until revoked by the undersigned by a written notice addressed to DWS Scudder Investments Service Company and delivered to its main office; such revocation will become effective as soon as DWS Scudder Investments Service Company has had a reasonable amount of time to act upon it. The revocation shall not result in any liability to DWS Scudder Investments Service Company or the investment companies advised by DWS Scudder with respect to transactions initiated prior to acting on such revocation within a reasonable amount of time after receipt thereof.

I certify that all account information and disclosures made on this form are true and accurate. In addition, I understand that DWS Scudder can modify the terms and conditions of this agreement at anytime in the future by providing 30 days' written notice to the address on record for the account.

My subsequent disability or incompetence shall not revoke or terminate the authority of my Attorney(s)-in-Fact. In witness whereof I(We) have hereunto signed my(our) name(s) and affixed my(our) seal(s).

_Judith K. Rogan_     _9, 19, 2007_
Account owner's signature (required)     Date

_____     _____
Joint owner's signature (if any) (required)     Date

**Notary public signature**

State of __Illinois__

County of __Cook__

On this __19th__ day of __September__, before me personally appeared __Michael J. O'Rourke__ and __Judith Rogan__ to me known to be the individual(s) who executed the foregoing instrument and acknowledged that he/she/they executed the same. In witness whereof I have hereunto signed my name and affixed my seal.

__10/21/10__     _Joel L._
Notary public signature     My commission expires

> OFFICIAL SEAL
> JOEL L. LIPMAN
> Notary Public - State of Illinois
> My Commission Expires Oct 21, 2010

**Please mail completed form to:**

DWS Scudder Investments Service Company
P.O. Box 219415
Kansas City, MO 64121-9415

**Overnight address:**

DWS Scudder Investments Service Company
210 W. 10th St.
Kansas City, MO 64105

(7/07) 51062 Form 65

# POWER OF ATTORNEY TO REQUEST AND RECEIVE FINANCIAL ACCOUNT INFORMATION AND DOCUMENTATION

**1. Appointment of Attorney-in-Fact.** KNOW ALL MEN BY THESE PRESENTS, that I, Judith K. Rogan, residing at 476 Wexford Road, Valparaiso, Indiana 46385, make, constitute, and appoint O'Rourke Katten & Moody, an Illinois law partnership, located at 161 North Clark Street, Suite 2230, Chicago, Illinois 60601, to be my lawful Attorney-in-Fact for me and to do any and all acts listed herein.

**2. Enumeration of Attorney-in-Fact's Powers.** The powers granted to my Attorney-in-Fact are:

    **a. Requesting Financial Account Information and Documentation from Principal's Financial Institutions.** To request in any manner all documents and information related to, outlining, or otherwise having to do with Principal's financial accounts at the Principal's institution at which the request is submitted.

    **b. Receiving all Information and Documentation Requested from any of Principal's Financial Institutions.** To demand all documents and information requested from Principal's financial institutions to be addressed and sent to Attorney-in-Fact's place of business.

**3. Duration.** This Power of Attorney will remain in force until written notice of revocation is received by the Attorney-in-Fact.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the 5th day of September, 2007.

_____
Judith K. Rogan, Principal

_____
Attorney-in-Fact

_____
Acknowledgment