**EXHIBIT H**

## O'ROURKE KATTEN & MOODY

161 NORTH CLARK STREET
SUITE 2230
CHICAGO, ILLINOIS 60601

(312) 849-2020
(312) 849-2021 FAX

October 3, 2007

**Letter of Instruction**
Oceanic Bank and Trust
Account Number: 4375/SNG
Account Holder: Judith K. Rogan

To Whom It May Concern:

Enclosed please find a copy of a signed Power of Attorney to Request and Receive Financial Account Information and Documentation, appointing O'Rourke Katten & Moody, as Judith K. Rogan's Attorney-in-Fact. Pursuant to the authorizing language of the Power of Attorney, O'Rourke Katten & Moody, through one of its agents, requests the following account documents:

Account # 4375/SNG
- Monthly account statements for the period of January 1, 2004 through present.
- Any records of individual deposits, checks, or wire transfer records for the period of January 1, 2004 through present.

Please send all requested documentation to:

Michael O'Rourke
O'Rourke Katten & Moody
161 N. Clark St., Suite 2230
Chicago, Illinois 60601

Enclosed please find a check in the amount of One Hundred dollars ($100) for the document production. If you have any questions please feel free to call. Thank you very much for your cooperation in this matter.

Regards,

Michael J. O'Rourke
Partner
O'Rourke Katten & Moody

# POWER OF ATTORNEY TO REQUEST AND RECEIVE FINANCIAL ACCOUNT INFORMATION AND DOCUMENTATION

**1. Appointment of Attorney-in-Fact.** KNOW ALL MEN BY THESE PRESENTS, that I, Judith K. Rogan, residing at 476 Wexford Road, Valparaiso, Indiana 46385, make, constitute, and appoint O'Rourke Katten & Moody, an Illinois law partnership, located at 161 North Clark Street, Suite 2230, Chicago, Illinois 60601, to be my lawful Attorney-in-Fact for me and to do any and all acts listed herein.

**2. Enumeration of Attorney-in-Fact's Powers.** The powers granted to my Attorney-in-Fact are:

   **a. Requesting Financial Account Information and Documentation from Principal's Financial Institutions.** To request in any manner all documents and information related to, outlining, or otherwise having to do with Principal's financial accounts at the Principal's institution at which the request is submitted.

   **b. Receiving all Information and Documentation Requested from any of Principal's Financial Institutions.** To demand all documents and information requested from Principal's financial institutions to be addressed and sent to Attorney-in-Fact's place of business.

**3. Duration.** This Power of Attorney will remain in force until written notice of revocation is received by the Attorney-in-Fact.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the 27th day of September, 2007.

_____
Principal

_____
Attorney-in-Fact

_____
Acknowledgment