**EXHIBIT I**

# O'ROURKE KATTEN & MOODY

161 NORTH CLARK STREET
SUITE 2230
CHICAGO, ILLINOIS 60601

(312) 849-2020
(312) 849-2021 FAX

November 27, 2007

**Letter of Instruction**
TD Ameritrade
Account Numbers: 192-908508, 51-282-424
Account Holder: Judith K. Rogan

To Whom It May Concern:

Enclosed please find a copy of a signed Power of Attorney to Request and Receive Financial Account Information and Documentation, appointing O'Rourke Katten & Moody, as Judith K. Rogan's Attorney-in-Fact. Also enclosed is a copy of the "Judith K. Rogan Revocable Trust." Page one (1), first paragraph states Judith Rogan is the trustee of the trust and page thirteen (13), Section (h) gives the trustee (Rogan) the ability to delegate all trustee powers to an attorney.

Pursuant to the authorizing language of the Power of Attorney and Revocable Trust, O'Rourke Katten & Moody, through one of its agents, requests the following account documents:

Account # 192-908508
- Monthly account statements for July 2004, November 2004, April 2005 through August 2005, October 2005 through December 2005 and February 2006.
- Any records of individual deposits, checks, or wire transfer records for the period of January 1, 2004 through present.

Account # 51-282-424
- Any and all documents pertaining to the opening of Account # 51-282-424
- Monthly account statements for period January 1, 2004 through present.
- Any records of individual deposits, checks, or wire transfer records for the period January 1, 2004 through present.

Please send all requested documentation to:

Michael O'Rourke
O'Rourke Katten & Moody
161 N. Clark St., Suite 2230
Chicago, Illinois 60601

[Handwritten annotation in margin: "Not an AMD#"]

1

R00479

If the above request entails costs in excess of $100.00, please notify the undersigned prior to any document production. Thank you very much for your cooperation in this matter.

Regards,

Michael J. O'Rourke
Partner
O'Rourke Katten & Moody