**EXHIBIT K**

## Ethan Crooks

**From:** chevy_mabasa@hsbc.ca
**Sent:** Thursday, December 06, 2007 6:46 PM
**To:** Ethan Crooks
**Subject:** Re: Account Docs Request

Hi Ethan,

For account 280-089295-150, from what date do you want us to search?

FYI, there is only one signature card for all accounts. The signature card is based on the customer profile, not on individual accounts.

When we open an account, we send in the page which lists the debit card number to our back office. I am not sure if the document is stored or destroyed. Will try my best.

Chevy

Chevy Mabasa
Premier Relationship Manager
HSBC Bank Canada, the world's local bank
Hastings & Burrard Branch (#10280)
999 West Hastings Street
Vancouver, BC  V6C 1M3
Tel:  604.678.6087  Fax:  604.678.6084
Email:  chevy_mabasa@hsbc.ca

-----"Ethan Crooks" <ecrooks@okmlaw.com> wrote: -----

> To: <chevy_mabasa@hsbc.ca>
> From: "Ethan Crooks" <ecrooks@okmlaw.com>
> Date: 12/06/2007 04:07PM
> Subject: Account Docs Request
>
> Chevy – Thanks for you help; again please let me know the status of the request (time, cost, etc…).
>
> Acct: 280-089295-150 – All specific docs including withdraw and deposit slips and any debit cards issued
>
> Acct: 280-089295-236 – Account records for the period 11/18/06-present, opening signature cards, withdraw and deposit slips, any debit card materials
>
> Acct: 280-089295-203 - Account records for the period 11/18/06-present, opening signature cards, withdraw and deposit slips, any debit card materials

9/22/2008

Thank you again, please call with any questions.

Ethan L. Crooks, esq.

O'Rourke Katten & Moody

161 North Clark St., Suite 2230

Chicago, IL 60601

(312) 849.2020

(312) 849.2021 (fax)

NOTICE: This message, including all attachments transmitted with it, is for the use of the addressee only. It may contain proprietary, confidential and/or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, you must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message. If you believe you have received this message in error, please delete it and all copies of it from your system and notify the sender immediately by reply e-mail. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email may contain confidential information, and is intended only for the named recipient and may be privileged. Distribution or copying of this email by anyone other than the named recipient is prohibited. If you are not the named recipient, please notify us immediately and permanently destroy this email and all copies of it. Internet email is not private, secure, or reliable. No member of the HSBC Group is liable for any errors or omissions in the content or transmission of this email. Any opinions contained in this email are solely those of the author and, unless clearly indicated otherwise in writing, are not endorsed by any member of the HSBC Group.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Ce courriel peut renfermer des renseignements confidentiels et privilégiés et s'adresse au destinataire désigné seulement. La distribution ou la copie de ce courriel par toute personne autre que le destinataire désigné est interdite. Si vous n'êtes pas le destinataire désigné, veuillez nous en aviser immédiatement et détruire de façon permanente ce courriel ainsi que toute copie de celui-ci. La transmission de courriel par Internet ne constitue pas un mode de transmission confidentiel, sécuritaire ou fiable. Aucun membre du Groupe HSBC ne sera responsable des erreurs ou des omissions relatives au contenu ou à la transmission de ce courriel. L'auteur de ce courriel est seul responsable des opinions émises dans ce courriel, lesquelles, à moins d'un avis contraire fourni par écrit, ne sont pas endossées par aucun membre du Groupe HSBC.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

'SAVE PAPER - THINK BEFORE YOU PRINT!"

'ÉCONOMISEZ LE PAPIER – PENSEZ-Y À DEUX FOIS AVANT D'IMPRIMER!"

9/22/2008