**EXHIBIT L**

## Ethan Crooks

**From:**     Bonnielyn Adderley [bonnielyn@oceanic.bs]

**Sent:**     Tuesday, October 09, 2007 10:09 AM

**To:**        Ethan Crooks

**Subject:** RE: Document request

You're welcome.

Tracking No. is 7992 0029 2875

Kindest regards,
Bonnielyn Adderley
1-242-502-8887
Email: bonnielyn@oceanic.bs

 *Innovative Wealth Management Solutions*

-----Original Message-----
**From:** Ethan Crooks [mailto:ecrooks@okmlaw.com]
**Sent:** Monday, October 08, 2007 6:31 PM
**To:** Bonnielyn Adderley
**Subject:** RE: Document request

Bonnielyn,
        Great. Thank you again for your help.

Sincerely,
Ethan Crooks

---

**From:** Bonnielyn Adderley [mailto:bonnielyn@oceanic.bs]
**Sent:** Monday, October 08, 2007 2:30 PM
**To:** Ethan Crooks
**Subject:** RE: Document request

Ethan,

We acknowledge receipt of your FEDEX package and funds remitted of even date.

Documents will be sent to you via courier tomorrow.

Kindest regards,
Bonnielyn Adderley
1-242-502-8887
Email: bonnielyn@oceanic.bs

 *Innovative Wealth Management Solutions*

-----Original Message-----
**From:** Ethan Crooks [mailto:ecrooks@okmlaw.com]
**Sent:** Monday, October 08, 2007 4:12 PM
**To:** Bonnielyn Adderley

9/22/2008

**Subject:** RE: Document request

Bonnielyn,

Attached is a scanned copy of the acceptance of the courier on October 5, with tracking number 815537770457.

Value date of payment for the wire transfer was Friday, October 5.

There should be nothing holding back production of the documents, but please let me know if there are any problems. Thank you again.

Sincerely,
Ethan Crooks

---

**From:** Bonnielyn Adderley [mailto:bonnielyn@oceanic.bs]
**Sent:** Monday, October 08, 2007 9:24 AM
**To:** Ethan Crooks
**Subject:** RE: Document request

Good morning Ethan,

Please advise the value date of payment and the courier tracking number.

Thanks.

Kind regards,
Bonnielyn Adderley
1-242-502-8887
Email: bonnielyn@oceanic.bs

 *Innovative Wealth Management Solutions*

-----Original Message-----
**From:** Ethan Crooks [mailto:ecrooks@okmlaw.com]
**Sent:** Monday, October 08, 2007 12:04 PM
**To:** Bonnielyn Adderley
**Subject:** RE: Document request

Bonnielyn,

Good morning. Please confirm that the wire transfer and the documents required were both received by your office for the document request for the Rogan account. Thank you for your help.

Sincerely,
Ethan Crooks

---

**From:** Bonnielyn Adderley [mailto:bonnielyn@oceanic.bs]
**Sent:** Tuesday, October 02, 2007 10:42 AM
**To:** Ethan Crooks
**Subject:** RE: Document request

9/22/2008

Ethan,

Your comments are duly noted.

We will await receipt of the below mentioned documents together with the payment for services.

Kind regards,
Bonnielyn Adderley
1-242-502-8887
Email: bonnielyn@oceanic.bs

 *Innovative Wealth Management Solutions*

-----Original Message-----
**From:** Ethan Crooks [mailto:ecrooks@okmlaw.com]
**Sent:** Tuesday, October 02, 2007 11:51 AM
**To:** Bonnielyn Adderley
**Subject:** RE: Document request

Bonnielyn,

Yes, our document request is still required. As I mentioned last week, we are still waiting for our client to get the signed POA back to us. When the POA is received we will immediately send it along with the letter of instructions. In the mean time, should I send the $100.00 in order to get the process moving along? Or can the documents not be prepared prior to the receipt of the funds and all documentation? Thank you.

Ethan

**From:** Bonnielyn Adderley [mailto:bonnielyn@oceanic.bs]
**Sent:** Tuesday, October 02, 2007 8:48 AM
**To:** Ethan Crooks
**Subject:** Document request
**Importance:** High

Ethan,

Please advise whether your document request is still needed.

We are still awaiting receipt of the signed letter of instructions, the POA and remittance of USD100.00 being service fee for the production of documents.

Regards,

Bonnielyn Adderley
1-242-502-8887
Email: bonnielyn@oceanic.bs

 *Innovative Wealth Management Solutions*

9/22/2008

-----Original Message-----
**From:** Bonnielyn Adderley
**Sent:** Thursday, September 27, 2007 4:11 PM
**To:** 'Ethan Crooks'
**Subject:** RE: Courier Question

Yes – Ethan.

The address is as follows:

Oceanic Bank and Trust Limited
Bayside House
Bayside Executive Park
West Bay Street & Blake Road
Nassau, The Bahamas

**Our USD wire transfer details are as follows:**

| | |
|---|---|
| Bank Name | Citibank |
| Bank Address | 111 Wall Street New York NY 10043 |
| ABA #: | 021 000 089 |
| For credit: | Oceanic Bank and Trust Limited |
| Account #: | 36009795 |
| Reference: | Documentation Request Re: Account No. 4375 |

Kind regards,
Bonnielyn Adderley
1-242-502-8887
Email: bonnielyn@oceanic.bs

 *Innovative Wealth Management Solutions*

-----Original Message-----
**From:** Ethan Crooks [mailto:ecrooks@okmlaw.com]
**Sent:** Thursday, September 27, 2007 4:42 PM
**To:** Bonnielyn Adderley
**Subject:** Courier Question

Bonnielyn,

Is FedEx an efficient manner of getting documents to your bank? Thank you.

Ethan L. Crooks, esq.
O'Rourke Katten & Moody
161 North Clark St., Suite 2230
Chicago, IL 60601
(312) 849.2020
(312) 849.2021 (fax)

**IMPORTANT EMAIL INFORMATION**

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you should not copy it, re-transmit it, use it or disclose its contents, but should return it to the sender immediately and delete your copy from your system.

All reasonable care has been taken to avoid the transmission of viruses. However, it is the sole responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its systems or data. No responsibility is accepted by the sender and company in this regard and the recipient should carry out such virus and other checks as it considers appropriate.

From time to time electronic messages may be monitored to ensure full compliance with internal policies and with the laws of the Commonwealth of The Bahamas. The recipient should not expect or anticipate that any message sent through this email system is a private communication.

Thank you for your cooperation.

9/22/2008