Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 8288 | **DATE** | 11/18/2008 |
| **CASE TITLE** | Dexia Credit Local vs. Rogan, et al. | | |

**DOCKET ENTRY TEXT**

Robert Rogan's motion to dismiss for lack of personal jurisdiction is denied for the reasons stated in open court [654]. Plaintiff is directed to file a "focused" motion for turnover concerning Rogan children's interests in domestic, Belize, and RPP trusts by 12/8/08. Agreed schedule regarding said motion for turnover is entered as stated more fully below, including fact discovery cutoff of 2/15/09, completion of expert depositions by 3/15/09, dispositive motion deadline of 3/9/09, and evidentiary hearing date of 5/4/09 at 9:45 a.m. Status hearing on motion for turnover as to Rogan children is set to 1/27/09 at 9:30 a.m.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

Prehearing schedule regarding motion for turnover as to Rogan children's interests in trusts is entered as follows:
- Rule 26(a)(1) disclosures 12/8/08
- Service of written discovery 12/15/08
- Fact depositions by 2/15/09
- Additional document exchange by 1/8/09
- Fact discovery cutoff date 2/15/09
- 26(a)(2) disclosures 2/27/08
- Dispositive motion deadline 3/9/09
- Expert depositions by 3/15/09
- Plaintiff's list of affirmative exhibits and witnesses by 3/2/09
- Rogan children's list of affirmative exhibits and witnesses by 3/6/09
- Plaintiff's addition to lists by 3/11/09
- Objections to said lists by 3/13/09
- Responsive 26(a)(2) disclosures 3/20/09
- Responsive expert depositions by 3/31/09
- Prehearing motions *in limine* by 3/31/09

| | Courtroom Deputy Initials: | mk |
|---|---|---|