IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEXIA CRÉDIT LOCAL, f/k/a Dexia Public )
Finance Bank and Credit Local of France, )
                                 )
        Plaintiff,           )
                                 )    No. 02 C 8288
        v.              )
                                 )    Judge Matthew F. Kennelly
PETER G. ROGAN, *et al.*,         )
                                 )
        Defendants.      )

**PLAINTIFF DEXIA CRÉDIT LOCAL'S REPLY IN SUPPORT OF ITS MOTION FOR
TURNOVER OF THE ERIE CONDOMINIUM AS AN ASSET OF PETER ROGAN**

Plaintiff Dexia Crédit Local ("Dexia"), by and through its counsel, hereby submits its

reply in support of its motion for an order for turnover to Dexia of the condominium at 55 E. Erie

Street, Unit # 3205 & Parking Spaces 357 & 358, Chicago, Illinois ("Erie Condo"). In support

of its reply, Dexia states as follows:

1. In its August 2008 Turnover Motion, Dexia argued that it is entitled to execute

upon the Erie Condo because it is an asset of Peter Rogan.[1]

2. The only potential respondents to Dexia's Turnover Motion with respect to the

Erie Condo are: (a) Peter Rogan -- Dexia's position is that the Erie Condo is Peter Rogan's asset

and is thus subject to execution by Dexia; and (b) Judith Rogan -- Judith Rogan claims this

condominium is hers.[2]

---

[1] *See* Dexia Motion and Memorandum in Support of its Motion for a Temporary Restraining Order,
Preliminary Injunction Freezing Assets, and Order Turning Over the Assets of Peter Rogan (Dckt. No.
378); Dexia Statement of Facts in Support of its Motion for a Temporary Restraining Order, Preliminary
Injunction Freezing Assets, and Order Turning Over the Assets of Peter Rogan at 139-148 (Dckt No.
387); Dexia Memorandum of Law (#3) On Likelihood Of Success On The Merits Relating To Rogan
Real Estate In Chicago And Indiana at 1-11 (Dckt. No. 385).

[2] The Chapter 13 Trustee for the Judith Rogan bankruptcy had the opportunity to intervene on behalf of
Mrs. Rogan's estate before this Court to pursue the Erie Condo, but the Trustee opted against doing so as

---

3.      *Peter Rogan*.  Because Peter Rogan never has filed any opposition to Dexia's Turnover Motion, he waived or abandoned any right oppose turnover of the Erie Condo to Dexia.

4.      *Judith Rogan*.  On February 24, 2011, this Court ordered Judith Rogan to file any response to Dexia's motion for turnover of the Erie Condo by March 30, 2011 or waive the right to assert any interest in the Erie Condo.  (Dckt. Nos. 1382-83)  Judith Rogan filed no response to Dexia's Turnover Motion by March 30, 2011 or since.  Thus, Judith Rogan has waived her right to assert any interest in the Erie Condo.

5.      Accordingly, Dexia respectfully urges this Honorable Court:  (a) to grant its motion for turnover and find that the Erie Condo constitutes an asset of Peter Rogan subject to execution by Dexia to satisfy its judgment against Peter Rogan; (b) to find that Peter Rogan, Judith Rogan, and the Chapter 13 Trustee for the Judith Rogan bankruptcy waived and/or abandoned any right to assert any interest in the Erie Condo; (c) to terminate any interest of Peter Rogan, Judith Rogan, and the Chapter 13 Trustee for the Judith Rogan bankruptcy in the Erie Condo; (d) to order that the Erie Condo be turned over and placed under the control of the Court-appointed Receiver subject to further instructions from Dexia as to the disposition of the Erie Condo.

Dated: August 5, 2011                    Respectfully submitted,

                                         /s/ Gabriel Aizenberg
                                         Scott Mendeloff
                                         Gabriel Aizenberg
                                         Greenberg Traurig, LLP
                                         77 W. Wacker Drive, Suite 3100
                                         Chicago, Illinois 60601

---

to the Erie Condo and thus waived any claim or interest in the Erie Condo. (Ex. A, ¶ 4; Dckt. No. 1318, at 1 & ¶ 12)

Tel: (312) 456-8400
Fax: (312) 456-8435

**Certificate of Service**

I, Gabriel Aizenberg, an attorney, hereby certify that on August 5, 2011, I caused a true and correct copy of the foregoing PLAINTIFF DEXIA CRÉDIT LOCAL'S REPLY IN SUPPORT OF ITS MOTION FOR TURNOVER OF THE ERIE CONDOMINIUM AS AN ASSET OF PETER ROGAN to be filed electronically via this Court's ECF filing system and served on all ECF-registered counsel of record.

Dated: August 5, 2011

/s/ Gabriel Aizenberg