# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEXIA CRÉDIT LOCAL, f/k/a Dexia Public Finance Bank and Credit Local of France, ) ) ) Plaintiff, ) ) ) v. ) ) ) PETER G. ROGAN, *et al.*, ) ) Defendants. ) | No. 02 C 8288<br><br>Judge Matthew F. Kennelly |

### ORDER TURNING OVER THE ASSETS OF PETER ROGAN WITH RESPECT TO THE ERIE CONDOMINIUM

Plaintiff Dexia Crédit Local's ("Dexia") Motion For Turnover of the Erie Condominium as an Asset of Peter Rogan is hereby GRANTED.

1. The Court finds that the condominium at 55 E. Erie Street, Unit # 3205, and Parking Spaces 357 & 358, Chicago, Illinois ("Erie Condo") and all rights and interests arising out of or relating to the Erie Condo constitute assets of Peter Rogan subject to execution by Dexia to satisfy its judgment against Peter Rogan;

2. The Court further finds that Peter Rogan, Judith Rogan, and the Chapter 13 Trustee for the Judith Rogan bankruptcy have waived and/or abandoned any right to assert any interest in the Erie Condo;

3. Any interest in the Erie Condo of Peter Rogan, Judith Rogan, and the Chapter 13 Trustee for the Judith Rogan bankruptcy is hereby terminated;

4. The Erie Condo and all rights and interests arising out of or relating to the Erie

Condo are hereby turned over and transferred to the Court-appointed Receiver subject to further instructions from Dexia.

    SO ORDERED.

August __, 2011

                                                                                                                    _____
                                                                                                                     Judge Matthew F. Kennelly
                                                                                                                     United States District Judge