Vessel Documentation Query

## Coast Guard Vessel Documentation

**Data found in historical database no longer in Documentation.**

| | | | |
|---|---|---|---|
| Vessel Name: | **FRINGE BENEFIT** | USCG Doc. No.: | **976050** |
| Vessel Service: | RECREATIONAL | IMO Number: | * |
| Trade Indicator: | Coastwise Unrestricted, Recreational, Registry | Call Sign: | * |
| Hull Material: | FRP (FIBERGLASS) | Hull Number: | CDRJA506F889 |
| Ship Builder: | CARVER BOAT CORPORATION | Year Built: | 1988 |
| Hailing Port: | CHICAGO IL | Length (ft.): | 48 |
| | | Hull Depth (ft.): | 9.2 |
| Owner: | | Hull Breadth (ft.): | 14.9 |
| | | Gross Tonnage: | 44 |
| | | Net Tonnage: | 35 |
| Documentation Issuance Date: | August 01, 2006 | Documentation Expiration Date: | August 31, 2007 |
| **Previous Vessel Names:** | No Vessel Name Changes | **Previous Vessel Owners:** | BFB LTD |



EXHIBIT A

http://www.st.nmfs.noaa.gov/pls/webpls/cgv_pkg.vessel_id_list          4/19/2012

Case 1:02-cv-03310     Document 283     Filed 02/26/2007     Page 1 of 4

# F I L E D

FEB 2 6 2007

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )
                                    )
       v.                           )       No. 02 C 3310
                                    )
PETER ROGAN,                        )
                                    )
              Defendant,            )       Judge John W. Darrah
                                    )
       and                          )       Magistrate Judge Nolan
                                    )
DOYNE'S MARINE, INC.                )
                                    )
              Garnishee.            )

## ANSWER OF THE GARNISHEE

_Michael E Doyne_____, STATES AS FOLLOWS:

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a partner of or an agent for _____, a partnership.

IF GARNISHEE IS A CORPORATION:

That he/she is the (state title) _President_____ of Garnishee, a corporation, organized under the laws of the State of _Ill._____.

On __2/16/07__, Garnishee was served with the Writ of Continuing Garnishment.

With respect to the defendant, Peter Rogan, please answer the following:

1

EXHIBIT

B

If the defendant was employed by the Garnishee on the date the Garnishee received the Writ of Continuing Garnishment, answer questions 1 through 4 for the pay period in effect on the date the Garnishee received the Writ and answer questions 5 and 6 as of the date the Garnishee received the Writ.

If the defendant was not employed by the Garnishee on the date the Garnishee received the Writ, answer questions 1, 5 and 6 as of the date the Garnishee received the Writ.

1.    Defendant was in my/our employ.    Yes ___ No X
      If no, state last day of employment. *Never*
      State defendant's current employer, if known: *UNKNOWN*

2.    Defendant's pay period is ___ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.
      Enter date present pay period began _____ and date it ends _____.
      (Present means the pay period in which the Writ of Garnishment was served).

3.    Enter amount of net wages for present pay period.

              Calculate below:
                    (a)  Gross Pay                          $ _____

                    (b)  Federal Income Tax                 $ _____

                    (c)  F.I.C.A. Income Tax                $ _____

                    (d)  State Income Tax                   $ _____

                    (e)  City/Local Income Tax              $ _____

                    Total of tax withholdings              $ _____

                    Disposable Earnings                     $ _____
                    ((a) less total of (b)(c)(d)and (e))

                    25% of disposable earnings             $ _____

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER**

2

02/21/2007 11:54 FAX 312 886 5501     U.S ATTORNEYS OFFICE                            ☑004/005
Case 1:02-cv-03310     Document 283     Filed 02/26/2007     Page 3 of 4

4.    Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?  Yes ___ No ___

      If the answer is yes, describe below.

      _____

      _____

5.    Do you, the Garnishee, have custody, control or possession of any property, other than wages now owed or to be paid in the future, in which the defendant has an interest?
      Yes X  No ___

      If yes, please describe below (continue on additional sheets if necessary):

      | Description of Property (Including account #) | Approximate Value | Description of Defendant's Interest |
      | --- | --- | --- |
      | a. | | |
      | b. | | |
      | c. | | |

6.    Other than wages, Garnishee anticipates owing to the defendant in the future the following amounts (continue on additional sheets if necessary):

      | Description | Approximate Value | Estimated Due Date |
      | --- | --- | --- |
      | a. 48 ft. Roller | Unknown | '2700 storage for 06/07 indue and owing |
      | b. | | |
      | c. | | |

Check and complete the applicable line below if you deny that you hold property subject to this Writ of Continuing Garnishment.

____    The Garnishee makes the following claim of exemption/election of exemption on the part of Defendant:

        _____

____    The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply Garnishee's indebtedness to defendant to the United States' claim:

        _____

3

___    On the date the Garnishee was served with the Writ of Continuing Garnishment, Garnishee was not indebted or under liability to the defendant, and/or the Garnishee did not have in his/her/its possession or control any wages, income or other property belonging to the defendant, or in which the defendant has an interest and is not liable as Garnishee in this action.

The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois located at 219 South Dearborn Street, 20ᵗʰ Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

The Garnishee filed the Answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(1)    the defendant, Peter Rogan, at _476 Wexford Rd Valparaiso, IN 46385_

AND

(2)    the attorney for the United States, Melissa A. Childs, Assistant U.S. Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _22nd_ day of _2_, 20_07_

_Michael Dayne Ries_
Garnishee

CORP/LLC - File Detail Report

Page 1 of 1



## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | BFB, LTD. | File Number | 56537783 |
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 09/17/1991 | State | ILLINOIS |
| Agent Name | VACATED | Agent Change Date | 01/31/2007 |
| Agent Street Address | VACANT | President Name & Address | PETER G ROGAN 476 WEXFORD VALPARAISO IN 46383 |
| Agent City | CHICAGO | Secretary Name & Address | INVOLUNTARY DISSOLUTION 04 30 07 |
| Agent Zip | 60606 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 08/07/2006 | For Year | 2006 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



4/17/2012

CONFIDENTIAL

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DEXIA CREDIT LOCAL, f/k/a Dexia<br>Public Finance Bank and Credit Local de France | ) ) ) |
| Plaintiff, | ) |
| v. | ) No. 02 C 8288 ) |
| PETER G. ROGAN, et al. | ) ) Honorable Mark Filip |
| Defendants. | ) ) Mag. Judge Sidney I. Schenkier |
| EDGEWATER PROPERTY COMPANY<br>and PGR PROPERTIES, INC., | ) ) ) |
| Counterplaintiffs, | ) ) |
| v. | ) |
| DEXIA CREDIT LOCAL, | ) ) |
| Counterdefendant. | ) |

### PETER ROGAN'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF DEXIA CREDIT LOCAL'S FIRST SET OF INTERROGATORIES

Defendant Peter Rogan ("Rogan") hereby responds to Interrogatories Nos. 1, 2, 3, 7, 8 and 9 of Plaintiff Dexia Credit Local's ("Dexia's") First Set of Interrogatories as follows:

### GENERAL OBJECTIONS TO INTERROGATORIES

1.    Rogan objects generally to these interrogatories to the extent that they call for documents protected by the attorney-client privilege and/or the work product doctrine or any other available privileges and protections.

EXHIBIT
D

PX886

CONFIDENTIAL

| 11-10277463-2 for Peter G. Rogan Revocable Trust | Scudder Investments (formerly known as Zurich) | $30,591.92 as of 1/31/04 |
|---|---|---|
| 000001586712547 Peter G. Rogan Revocable Trust | Bank One, NA Indiana Market PO Box 260180 Baton Rouge, LA 70826 | $8,470.65 as of 12/31/03 |
| 63R-6301-70108016 previously 63R-6301-70107427 | Howe Barnes Investments, Inc. 135 LaSalle Street, Suite 1500 Chicago, IL 60603 | $0.00 as of 2/28/03 |
| 1980-7045-8916 | US Bank POB1800 ST. Paul, MN 55101 | $5,434 as of 3/31/04 |

Rogan and/or members of his family at various times may have held accounts at the following institutions: Northern Trust Money Market; U.S. Bank; Bear Stearns; Oceanic Bank and Trust, Merrill Lynch; Bank of America; T.D. Waterhouse; and First National Bank of Valparaiso.

Further, pursuant to Fed. R. Civ. P. 33(d) Rogan responds by stating that the information requested in this Interrogatory may be obtained by examining the documents produced.

      2.    List all of Your assets and liabilities, with a description of each asset or liability and its actual or estimated value as of the present date, including but not limited to any asset, whether liquid or not, held outside the country; any asset or property held in the name of a member of the Rogan Family; and any asset held in another person's name for which You possess any interest. This includes, but is not limited to, all real property owned by You or in which You had any legal or beneficial interest, or any options to purchase property or deposits placed on property by You.

**RESPONSE:** Rogan incorporates by reference his General Objections. Rogan objects to this request as overly broad and not reasonably calculated to lead to the discovery of relevant evidence to the extent that the requests seek information pertaining to the Rogan Family. Rogan further objects to this request as vague to the extent the terms "for which You possess any interest" are unclear and overly broad. Further, Rogan designates the following schedule as responsive:

CONFIDENTIAL

**Personal Financial Statement**
**Prepared as of March 31, 2004**

| ASSETS | | Amount |
|---|---|---|
| **Cash in Banks, Investments:** | | |
| US Bank Checking | $ | 5,434 |
| Scudder | | 30,626 |
| Bear Stearns Tax Free MM | | 171 |
| Bank One Market Index | | 8,471 |
| MFS Muni Bond Fund | | 73,289 |
| Bank One Checking | | 332,012 |
| Morgan Stanley Dean Witter Investment Account | | 388,359 |
| Doerge Capital Investments | | 1 |
| Total Cash in Banks, Investments | $ | 838,363 |
| | | |
| **Qualified Retirement Plans, Annuities:** | | |
| Diversified Investments | | 48,133 |
| TIAA / CREF Annuity | $ | 13,265 |
| Putnam IRA | | 28,770 |
| Putnam (BMI) MPP | | 82,020 |
| Columbia Funds IRA | | 58,445 |
| Total Qualified Retirement Plans, Annuities | $ | 230,633 |
| | | |
| **Loans, Notes Receivable:** | | |
| Note Receivable - BFB, Ltd. | $ | 103,706 |
| Note Receivable - Edgewater Property Co. | | 2,365,664 |
| Note Receivable - Knowlton Machine Co. | | 621,777  (1) |
| Note Receivable - J. Rogan | | 170,099  (1) |
| Total Loans, Notes Receivable | $ | 3,261,246 |

6

**CONFIDENTIAL**

| Closely Held Business Interests: | Ownership | | | |
|---|---|---|---|---|
| BFB, Ltd. | 100% | $ | 246,388 | (2) |
| Edgewater Property Co. | 100% | | 2,778,600 | (3) |
| Bainbridge Management, Inc. | 100% | | 0 | (4) |
| PGR Properties, Inc. | 10% | | 235,702 | (5) |
| Boulevard Management, Ltd. | 9% | | 0 | |
| Boulevard Management, Inc. | 100% | | 0 | |
| | | | | |
| Total Closely Held Business Interests | | $ | 3,260,690 | |

**TOTAL ASSETS**                             $    7,890,932

**LIABILITIES**

| Note Payable - PGR Properties, Inc. | $ | 1,038,086 |
|---|---|---|
| Accrued legal fees and costs | | 188,400 |
| American Express | | 19,177 |
| Citi Aadvantage Mastercard | | 10,646 |
| Various other credit cards | | 4,363 |
| | | |
| Total Liabilities | | 1,260,672 |

**NET WORTH**

Personal Net Worth                           $    6,330,260

**TOTAL LIABILITIES AND NET WORTH**          $    7,590,932

**FOOTNOTES**
(1)    Fair market value of Note Receivable may be less than stated face value.
(2)    Estimated fair market value based upon 2002 appraisal.
(3)    Estimated fair market value based upon recent third party offer, net of note and mortgage payable to Peter G. Rogan
(4)        Liabilities exceed assets
(5)    Fair market value based upon net book value of cash and notes receivable.
(6)    Peter G. Rogan is treated for U.S. income tax purposes as the 100% owner of the Peter G. Rogan Irrevocable Trust 001 under Code Section 679.
The fair market value of any interest that Peter G. Rogan may have, if any, in such trust is unascertainable.

7

CONFIDENTIAL

Further, pursuant to Fed. R. Civ. P. 33(d) Rogan responds by stating that the information requested in this Interrogatory may be obtained by examining the documents produced. In particular, Rogan directs Dexia to the documents produced as a result of its subpoenas of the aforementioned trusts.

3. Identify all entities, corporations, partnerships or limited liability companies in which You have had an interest during all or any part of the period from [1994] through the present, including the amount and value of Your ownership interest, and the period of time You have held it. For each entity, corporation, partnership or limited liability company listed, identify its assets and liabilities and the actual or estimated value of each asset and liability on the present date.

RESPONSE: Rogan incorporates by reference his General Objections. Rogan further objects to this request as vague to the extent the term "interest" is unclear and overly broad.

Subject to his objections, Rogan states that he holds or has held an interest in the following entities:

**Bainbridge Management Inc., f/k/a/ Braddock Management Inc.:** It is 100% owned by the Peter G. Rogan Revocable Trust, and has been since its inception. The assets and liabilities can be found in the response to Interrogatory No. 2, above. Further, Rogan directs Dexia to the financial statements produced by the entity.

**Edgewater Property Company:** It is 100% owned by the Peter G. Rogan Revocable Trust. Prior to May 30, 2000, it was owned by Peter Rogan individually. The assets and liabilities can be found in the response to Interrogatory No. 2, above. Further, Rogan directs Dexia to the financial statements produced by the entity.

**PGR Properties, Inc.:** It is owned 10% by the PGR Trust and 30% owned by each of Peter Rogan's children (Robert C. Rogan, Brian P. Rogan, and Sara Caitlin Rogan). Prior to December 21, 1998, PGR was 100% owned by Peter Rogan individually. The assets and

9

CONFIDENTIAL

liabilities can be found in the response to Interrogatory No. 2, above. Further, Rogan directs Dexia to the financial statements produced by the entity.

**Edgewater Property Company II:** It was owned 100% by Peter Rogan individually and merged into Edgewater Operating Company. It is not longer in existence.

**Edgewater Operating Company:** It was owned approximately 70% by Peter Rogan individually, and approximately 10% owned by each of Peter Rogan's children's (Robert C. Rogan, Brian P. Rogan, and Sara Caitlin Rogan) trusts. It is no longer in existence.

**Knowlton Machine Engineering:** During the relevant time period, Rogan owned up to 99 shares of Class A stock. Currently, Rogan does not own any stock.

**Interhealth Associates:** It was owned 100% by Peter Rogan individually. This entity is no longer in existence.

**Healthcare Properties, Inc.:** It was owned 100% by Peter Rogan individually. It is no longer in existence.

**BFB, Ltd.:** It was owned up to 100% by Peter Rogan individually. The assets and liabilities can be found in the response to Interrogatory No. 2, above. Further, Rogan directs Dexia to the financial statements produced by the entity.

**Boulevard Management, Inc.:** It was owned 100% by Peter Rogan individually.

**Boulevard Management, Ltd.:** It was owned 9% by Peter Rogan individually.

**Peter G. Rogan Revocable Trust:** Peter Rogan is the trustee of this trust. The assets and liabilities can be found in the response to Interrogatory No. 2, above.

Further, Rogan owns various shares in various publicly traded companies. Further, pursuant to Fed. R. Civ. P. 33(d) Rogan responds by stating that the information requested in this Interrogatory may be obtained by examining the documents produced.

10

CONFIDENTIAL

| | | | |
|---|---|---|---|
| hotels and on boat. | | | |
| London, England. Stayed at various hotels. | Approximately May, 2000 | Family | Vacation |
| Cancun, Mexico. Stayed at Ritz Carlton | Approximately December, 2000 | Family | Vacation |
| Italy - Rome, Pompeii, Florence, Venice. Stayed at various hotels. | Approximately March, 2001 | Family | Vacation |
| Hamilton, Bermuda. Stayed on boat. | Approximately June, 2002 | Judith Rogan | Vacation |
| Naussa, Bahamas. Stayed in a hotel. | Approximately December, 2002 | Self | Vacation |

Further, pursuant to Fed. R. Civ. P. 33(d) Rogan responds by stating that the information requested in this Interrogatory may be obtained by examining the documents produced.

Respectfully submitted,

PETER G. ROGAN

By: _____
One of his attorneys

Howard M. Pearl
Joseph A. Spiegler
Cornelius M. Murphy
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Attorneys for Peter G. Rogan

13

CONFIDENTIAL

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I caused a copy of the foregoing PETER ROGAN'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF DEXIA CREDIT LOCAL'S FIRST SET OF INTERROGATORIES to be served on those on the Service List below via e-mail pursuant to agreement on June 17, 2004:

### SERVICE LIST

Scott T. Mendeloff (smendeloff@sidley.com)
Gabriel Aizenberg (gaizenberg@sidley.com)
Eric S. Pruitt (epruitt@sidley.com)
Shelly A. DeRousse (Sderouss@sidley.com)
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Counsel for Plaintiff Dexia Credit Local

Harold Hirshman
(hhirshman@sonnenschein.com)
Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606
(312) 876 - 8025
(312) 876 - 7934 (facsimile)
Counsel for Defendants Access
Community Health Services, Inc.,
and Vital Community Health
Services, Inc.

Vincent Connelly (vconnelly@mayerbrownrowe.com)
Phillip S. Reed (preed@mayerbrownrowe.com)
Debra Bogo-Ernst (dernst@mayerbrownrowe.com)
Sean P. Dailey (spdailey@mayerbrownrowe.com)
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603
(312) 782-0600
(312) 701-7711 (facsimile)
Counsel for Defendants Bainbridge Management, LP,
Bainbridge Management, Inc., Braddock Management LP,
Edgewater Property Company, PGR Properties, Inc.

14

CHD1379410:1

## Verification

I, Peter Rogan, do hereby state that I have read Peter Rogan's Amended Responses and Objections to Plaintiff's [Dexia Credit Local's] First Set of Interrogatories, that I have knowledge of the contents thereof, and that the responses are true and accurate to the best of my recollection, information, and belief.

_____
Peter Rogan

Subscribed and Sworn to
before me this ____ day
of October, 2004.


_____
Notary Public

OFFICIAL SEAL
CAROLINDA M. CAMISA
NOTARY PUBLIC - INDIANA
LAKE COUNTY
My Comm. Expires July 9, 2006

**Illinois Department of Revenue**
**2004 Form IL-1120-ST**
or fiscal year beginning _____, 2004, ending _____, _____.
Due on or before the 15th day of the 3rd month following the close of the tax year.

**Small Business**
**Corporation**
**Replacement Tax Return**

Do not write above this line.

Type
or
print

Name: **BFB Ltd.**

c/o

Mailing address: **240 East 90th Drive**

City: **Merrillville**  State: **IN**  ZIP: **46410**

Federal employer identification no. (FEIN) _____

Illinois business tax (IBT) number _____
☐ Check this box if you are unitary and enter the FEIN of the Schedule UB filer

Check the box if this is your: ☐ Final return
☐ Final return, complete the questions at the end.

Check the box if your name or address has changed. ☐

## Part I – Base income or loss    Complete Part IA before completing Part I

| | | | |
|---|---|---|---|
| 1 | Enter your unmodified base income or loss from Part IA, Line 5 | 1 | -3,380. |
| 2 | Additions (See specific instructions for Part I.) | | |
| a | State, municipal, and other interest income excluded in arriving at Line 1 above | 2a | |
| b | Illinois replacement tax deducted in arriving at Line 1 above | 2b | |
| c | Other additions (Specify: _____ ) | 2c | |
| d | The share of income distributable to a shareholder subject to Illinois replacement tax | 2d | |
| 3 | Add Lines 2a through 2d. This is the total of your additions | 3 | |
| 4 | Add Lines 1 and 3. This is your total income | 4 | -3,380. |
| 5 | Subtractions (See specific instructions for Part I.) | | |
| a | Interest income from U.S. Treasury and other exempt federal obligations | 5a | |
| b | Enterprise zone subtractions from Schedule 1299-A (See instructions.) | 5b | |
| c | The share of income distributable to a shareholder subject to Illinois replacement tax | 5c | |
| d | Expenses incurred in producing certain federally tax-exempt income (See instructions.) | 5d | |
| e | Other subtractions (Specify: _____ ) | 5e | |
| 6 | Add Lines 5a through 5e. This is the total of your subtractions | 6 | |
| 7 | Subtract Line 6 from Line 4. This is your base income or loss. If your base income or loss is derived solely inside Illinois, enter this amount on Part II, Line 1a. If any portion of your base income or loss is derived outside Illinois, enter this amount on Part III, Line 1 | 7 | -3,380. |

## Part II – Net income or loss and replacement tax

| | | | |
|---|---|---|---|
| 1a | Enter your base income or loss from Part III, Line 9, if applicable; otherwise, from Part I, Line 7 | 1a | -3,380. |
| b | Illinois net loss deduction (NLD). (Attach Schedule NLD, see instructions.) | 1b | |
| c | Subtract Line 1b from Line 1a (cannot be less than zero). This is your income after NLD | 1c | |
| 2a | Multiply Line 1c by 1.5% (.015). This is your replacement tax | 2a | |
| b | Recapture of investment credits from Schedule 4255. (See instructions.) | 2b | |
| 3 | Add Lines 2a and 2b. This is the total of your replacement tax before investment credits | 3 | |
| 4 | Investment credits from Form IL-477. (Attach Form IL-477, see instructions.) | 4 | |
| 5 | Subtract Line 4 from Line 3 (cannot be less than zero). This is your net replacement tax | 5 | |
| 6 | Tax paid with Form IL-505-B. Include any 2003 overpayment credited to 2004 tax | 6 | |
| 7 | Overpayment. Subtract Line 5 from Line 6 | 7 | |
| a | Enter the amount of overpayment to be credited to 2005 | 7a | |
| 8 | Tax due. Subtract Line 6 from Line 5. This is your balance of tax due (see instructions). Pay in full if $1 or more | 8 | |

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

Do not write in this box.

**Sign Here**

Signature of authorized officer _____  Date _____  Phone _____

Signature of preparer _____  Date _____

Preparer firm's name (or yours, if self-employed) and Address:
**Tatooles, Foley & Associates**
**180 N. Wacker Drive, Suite 600**
**Chicago, IL 60606**

☐ Check if self-employed →

Phone: **(312) 540-4410**

► Mail this return to: Illinois Department of Revenue, P.O. Box 19032, Springfield, IL 62794-9032 ◄

NS  TS  ME  ED  TF  FI  BS  XX  MA  MC  BD  LF  IM  MH  DE  IZ  TG  UR  US  AL ___ DR ___ ID ___

ILSA0701L  10/26/04

**EXHIBIT**
**E**

PGR_MVille_TempBox22  000647

Form IL-1120-ST (R-12/04)  ID: 3011

Form IL-1120-ST    BFB Ltd.                                 36-3786145    Page 2

## Part IA — Ordinary income adjustments — (See instructions.)

| | | |
|---|---|---:|
| 1 | Enter your ordinary income or loss from U.S. Form 1120S, Schedule K, Line 1 .......................... 1 | -3,431. |
| 2 | Enter the appropriate amounts from U.S. Form 1120S, Schedule K, | |
| a | Net income or loss from rental real estate activities from Line 2 .................... 2a | |
| b | Net income or loss from other rental activities from Line 3c ...................... 2b | |
| c | Portfolio income or loss from Lines 4 through 8c ............................... 2c   51. | |
| d | Net gain or loss from sale or exchange of property used in trade or business and certain involuntary conversions under IRC, Section 1231, from Line 9 .......... 2d | |
| e | Other income from Line 10 ................................................. 2e | |
| f | Any other items of income or loss that were not included in the computation of ordinary income or loss on U.S. Form 1120S, Page 1 | |
| | Identify: _____ 2f | |
| 2 | Total. Add Lines 2a through 2f ........................................................ 2 | 51. |
| 3 | Add Lines 1 and 2 ................................................................... 3 | -3,380. |
| 4 | Enter the appropriate amounts from U.S. Form 1120S, Schedule K, | |
| a | Charitable contributions from Line 12a ....................................... 4a | |
| b | Expense deduction under IRC, Section 179, from Line 11 ........................ 4b | |
| c | Oil and gas depletion (See instructions.) ..................................... 4c | |
| d | Interest on investment indebtedness from Line 12c ............................ 4d | |
| e | Any other items of expense that were not deducted in the computation of ordinary income or loss on U.S. Form 1120S, Page 1 | |
| | Identify: _____ 4e | |
| 4 | Total. Add Lines 4a through 4e ........................................................ 4 | |
| 5 | Subtract Line 4 from Line 3. This is your unmodified base income or loss. Enter here and on Part I, Line 1 ...... 5 | -3,380. |

## Part III — Base income or loss allocable to Illinois

Complete Part III only if any portion of your base income or loss is derived outside Illinois.

| | | |
|---|---|---:|
| 1 | Enter your base income or loss from Part I, Line 7 ...................................... 1 | |
| 2 a | Nonbusiness income or loss included in Part III, Line 1. (Attach Schedule NB.) If you are making the business income election, check this box and enter zero here and on Part III, Line 7. (See instructions.) .......................................................... ➤ ☐ 2a | |
| b | Business income or loss from non-unitary partnerships, trusts, and estates included in Part III, Line 1. (See instructions.) ........................... 2b | |
| 3 | Add Lines 2a and 2b. This is the total of your subtractions. ............................. 3 | |
| 4 | Subtract Line 3 from Line 1. This is your business income or loss. ....................... 4 | |
| 5 | Business income apportionment formula. (Financial organizations and transportation companies check the appropriate box and see Special Apportionment Formulas instructions.) ..... ☐ F   ☐ T | |
| a | Total sales everywhere .................................... 5 a | |
| b | Total sales within Illinois .................................. 5 b | |
| c | Divide Line 5b by Line 5a. (Carry to six decimal places.) This is your apportionment factor. ...................... 5c | |
| 6 | Multiply Line 4 by Line 5c. This is your business income or loss apportionable to Illinois ........... 6 | |
| 7 | Nonbusiness income or loss allocable to Illinois. (Attach Schedule NB.) If you checked the box on Line 2a, enter zero here. ...................................................................... 7 | |
| 8 | Business income or loss apportionable to Illinois from non-unitary partnerships, trusts, and estates. (See instructions.) .................................................................... 8 | |
| 9 | Add Lines 6 through 8. This is your base income or net loss allocable to Illinois. Enter here and on Part II, Line 1a. ...................................................................... 9 | |

| | | |
|---|---|---|
| 1 | Check the method of accounting used in preparing this return: ☒ Cash   ☐ Accrual   ☐ Other (Specify: _____ ) | |

If you discontinued or sold your business, please complete the following.

2   If you discontinued your business, enter the date: _____

3   If you sold your business, enter the date: _____

4   Tell us the new owner's name: _____

5   Tell us the new owner's address: _____

6   Tell us the former owner's forwarding address: _____

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.   IL 492-0069

ILSA0702L 10/26/04                                  Form IL-1120-ST (R-12/04) ID: 3011

Illinois Department of Revenue

## Schedule B

**Partners' or Shareholders' Identification**

Attach to your Form IL-1065 or Form IL-1120-ST.

| Year ending | |
|---|---|
| 12 | 2004 |
| Month | Year |

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

Enter your federal employer identification number (FEIN).

BFB Ltd.

**Identify your partners or shareholders**

| | A<br>Name | B<br>Address | C<br>Social Security<br>number or FEIN | D<br>Share of<br>income or<br>loss (%) |
|---|---|---|---|---|
| 1 | Peter G. Rogan | 476 Wexford<br>Valparaiso, IN 46383-8045 | | 100.00000 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Schedule B (R-12/03) ID: 3011

ILSA2901L 09/25/03

PGR_MVille_TempBox22 000849



Illinois Department of Revenue

# Schedule NLD     Illinois Net Loss Deduction

For Illinois net losses arising in tax years ending on or after December 31, 1986.
Attach to your Form IL-1120, IL-1120-ST, IL-1041, IL-1065, IL-1120-X, IL-1120X-PY, or IL-843.

Carry year ending

| 12 | 2004 |
|---|---|
| Month | Year |

Enter your name as shown on your return

BFB Ltd.

Enter your federal employer ID number (FEIN)

## Step 1: Figure your Illinois net loss deduction (NLD)

Read the instructions before completing this schedule.
'Carry year' is the year to which the loss is being carried.
Enter all amounts as positive figures.

|  |  | A | | B | | C | |
|---|---|---|---|---|---|---|---|
|  |  | Earliest loss year ending | 12/03 | Loss year ending | | Loss year ending | |
|  |  | | Month Year | | Month Year | | Month Year |
| 1 | Enter your reported Illinois net loss. See instructions........... | | 27,194. | | | | |
| 2a | Enter the carry year and the amount of Illinois net loss previously carried back or forward. See instructions ... | 2a | | | | | |
| | | | Mo Yr   Loss carried | Mo Yr   Loss carried | | Mo Yr   Loss carried | |
| | | b | | | | | |
| | | | Mo Yr   Loss carried | Mo Yr   Loss carried | | Mo Yr   Loss carried | |
| | | c | | | | | |
| | | | Mo Yr   Loss carried | Mo Yr   Loss carried | | Mo Yr   Loss carried | |
| 2d | Add Lines 2a through 2c. This is your total amount of loss previously carried .... | 2d | 0. | | | | |
| 3 | Subtract Line 2d from Line 1. This is your remaining Illinois net loss....................... | | 27,194. | | | | |
| 4 | Enter the Illinois base income for this carry year. See instructions ............... | | 0. | | | | |
| 5 | Enter the lesser of Line 3 or Line 4. This is your Illinois net loss deduction (NLD)........... | | 0. | ▲ Enter in 6 from previous col ▲ | | ▲ Enter in 6 from previous col ▲ | |
| 6 | Subtract Line 5 from Line 4. This is your remaining income after NLD..................... | | 0. | | | | |
| 7 | Subtract Line 5 from Line 3. This is your remaining NLD for subsequent years............... | | 27,194. | | | | |

Total of columns A, B, and C, Line 5. See instructions.

**Remember: You must attach supporting documentation to this schedule.**

## Step 2: Identify the loss year company

Complete this part only if the loss shown on Step I, Line 1, originated from a company other than the one filing this return. Enter the FEIN of the company and the reason (e.g., merger) you are allowed to use that company's losses.

|  | A | B | C |
|---|---|---|---|
| 8 FEIN: | | 9 FEIN: | 10 FEIN: |
| Reason: | | Reason: | Reason: |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.   IL-492-2331

Schedule NLD (R-12/04) IDR 3011                    ILC20601L  11/12/04

PGR_MVille_TempBox22  000850

| Schedule K-1 | | **2004** | | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |
|---|---|---|---|---|---|---|

**Schedule K-1**
(Form 1120S)

Department of the Treasury
Internal Revenue Service

Tax year beginning _____, 2004
and ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See page 2 of form and separate instructions.

| **Part I** Information About the Corporation |
|---|
| A   Corporation's employer identification number |
| B   Corporation's name, address, city, state, and ZIP code<br>BFB Ltd.<br>240 East 90th Drive<br>Merrillville, IN 46410 |
| C   IRS Center where corporation filed return<br>Cincinnati, OH |
| D   ☐ Tax shelter registration number, if any<br>E   ☐ Check if Form 8271 is attached |

| **Part II** Information About the Shareholder |
|---|
| F   Shareholder's identifying number |
| G   Shareholder's name, address, city, state, and ZIP code<br>Peter G. Rogan<br>476 Wexford<br>Valparaiso, IN 46383-8045 |
| H   Shareholder's percentage of stock<br>ownership for tax year...................... 100 % |

**Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -3,431. | 13 | Credits & credit recapture | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 51. | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items<br>A | -21,752. |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | | |
| | | | 17 | Other Information<br>A | 51. |

*See attached schedule for additional information.

FOR IRS USE ONLY

BAA For Privacy Act and Paperwork Reduction Act Notice, see instructions for Form 1120S.          Schedule K-1 (Form 1120S) 2004

Shareholder 1

SP3A0412L   12/09/04

| SCHEDULE K-1<br>(Form 1120S)<br><br>Department of the Treasury<br>Internal Revenue Service | **Shareholder's Share of Income, Credits, Deductions, etc.**<br><br>▶ See separate instructions.<br>For calendar year 2000 or tax year<br>beginning , 2000, and ending , 20 | OMB No. 1545-0130<br><br>**2000** |
|---|---|---|

| Shareholder's identifying number | Corporation's identifying number |
|---|---|
| Shareholder's name, address, and ZIP code<br>PETER G. ROGAN<br>476 WEXFORD<br>VALPARAISO, IN 46383 | Corporation's name, address, and ZIP code<br>BFB LTD.<br>C/O JKR BUSINESS<br>240 E. 90TH DRIVE<br>MERRILLVILLE, IN 46411 |

A Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) .................. ▶ 100%
B Internal Revenue Service Center where corporation filed its return ▶ KANSAS CITY, MO
C Tax shelter registration number (see instructions for Schedule K-1) ................. ▶
D Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **I N C O M E \ L O S S** | 1 Ordinary income (loss) from trade or business activities. ................ | 1 | 5,678 | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 Net income (loss) from rental real estate activities. .................... | 2 | | |
| | 3 Net income (loss) from other rental activities. ....................... | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest. ................................................ | 4a | 498 | Sch. B, Part I, line 1 |
| | b Ordinary dividends .................................... | 4b | | Sch. B, Part II, line 5 |
| | c Royalties. ............................................ | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) ...................... | 4d | | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) ............................ | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year ................................. | 4e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) ........ | 4f | | (Enter on applicable line of your rtn) |
| | 5 Net section 1231 gain (loss) (other than due to casualty or theft) ......... | 5 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) (attach schedule) .............................. | 6 | | (Enter on applicable line of your rtn) |
| **D E D U C T I O N S** | 7 Charitable contributions (attach schedule) .......................... | 7 | | Sch. A, line 15 or 16 |
| | 8 Section 179 expense deduction .................................. | 8 | | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) (attach schedule) ......... | 9 | | |
| | 10 Other deductions (attach schedule) ............................... | 10 | | |
| **I N V E S T M E N T I N T E R E S T** | 11a Interest expense on investment debts ............................. | 11a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above ........... | 11b(1) | 498 | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above ............... | 11b(2) | | |
| **C R E D I T S** | 12a Credit for alcohol used as fuel ................................... | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 ..... | 12b(1) | | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 ...... | 12b(2) | | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 ..... | 12b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 .......... | 12b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities ......................... | 12c | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities ................................ | 12d | | |
| | e Credits related to other rental activities ............................ | 12e | | |
| | 13 Other credits .................................................. | 13 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S. Schedule K-1 (Form 1120S) 2000

KFA SHAREHOLDER 1



SF0US3 12/07/00

BFB 000005

# Monthly Account Statement

September 1, 2006 through September 30, 2006

BFB LTD
C/O JKR BUSINESS PO BOX 10489
240 E 90TH DR
MERRILLVILLE IN 46410-8102

039549

| | | |
|---|---|---|
| Shareholder Services: | (800) 621-1048 | 8 a.m. to 5 p.m. (CST) Monday through Friday |
| International: | Call collect (816) 435-7177 | 8 a.m. to 5 p.m. (CST) Monday through Friday |
| InvestorACCESS: | (800) 621-1048 | 24 hours a day, 7 days a week |
| Web Site: | www.dws-scudder.com | |

Let DWS Scudder be your partner in global investing. Talk with your financial advisor or visit www.dws-scudder.com to learn about our global perspective.

| | Period 09/01 - 09/30/2006 | Year to Date 01/01 - 09/30/2006 |
|---|---|---|
| **Your Portfolio Value** | | |
| Beginning Portfolio Value | $1,514.01 | $2,682.75 |
| Purchases/Reinvested Distributions | $0.00 | $25,087.40 |
| Redemptions/Withdrawals | -$1,514.01 | -$27,770.15 |
| Transfers | $0.00 | $0.00 |
| **Ending Portfolio Value on 09/30/2006** | **$0.00** | **$0.00** |

## Your Portfolio Summary by Fund Name

| Fund Name | Total Shares Owned | x | Share Price on 09/30/2006 | = | Value on 09/30/2006 |
|---|---|---|---|---|---|
| Non-Retirement | | | | | |
| DWS Government & Agency Money Fund | 0.000 | | $1.00 | | $0.00 |
| **Total Portfolio** | | | | | **$0.00** |

## Account Activity

■ **Account Number**

| Fund Name | DWS Government & Agency Money Fund |
|---|---|
| Fund Number | 11 |
| NASDAQ | KEGXX |

Registered to:
BFB LTD
C/O JKR BUSINESS PO BOX 10489

| Reference Number | Trade Date | Transaction Description | Dollar Amount | Balance |
|---|---|---|---|---|
| | | Beginning Value on 09/01/2006 | | $1,514.01 |
| | 09/01/2006 | CHECK REDEMPTION 104 | -$400.00 | $1,114.01 |
| | 09/01/2006 | CHECK BELOW MINIMUM FEE | -$10.00 | $1,104.01 |
| | 09/15/2006 | SHARES REDEEMED | -$1,104.01 | $0.00 |
| | 09/15/2006 | INCOME DIV CASH | $4.50 | $0.00 |
| | | Ending Value on 09/30/2006 | | $0.00 |

Access your account 24 hours a day, seven days a week using InvestorACCESS (800) 621-1048.

| Transaction Description Legend | ARC Account Receivable Entry | POP Point-Of-Purchase |
|---|---|---|

**EXHIBIT**

tabbies

6

Page 1 of 4

# Monthly Account Statement

September 1, 2006 through September 30, 2006

## Your Distributions Summary This Year

| Fund Name | Fund Account Number | Income Dividend/ Short-Term Gain | Long-Term Gain | Total |
|---|---|---|---|---|
| DWS Government & Agency Money Fund | | $91.90 | | $91.90 |
| Total Earnings | | $91.90 | $0.00 | $91.90 |

## Yield Summary

| Fund Name | Fund Account Number | 7-Day Current Yield on 09/30/2006 |
|---|---|---|
| DWS Government & Agency Money Fund | | 4.91% |

Yields are historical and are not guaranteed. An investment in this fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or by any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Money market 7-day current yield is the annualized net investment per share for the period shown. Effective yield reflects compounding of income. Gains or losses are not included.

Not FDIC Insured   No Bank Guarantee   May Lose Value

KFM..*49100*.0180906004.71888.71888.CNSMMK01.INVM88........MMK.......001275350

This page intentionally left blank.

Not FDIC Insured   No Bank Guarantee   May Lose Value

KFM..*49200*.0180986004.71890.71890.CNSMMKQ1.INVMSS........MMK.......001275350

 

U S BANK NATIONAL ASSOCIATION
P O BOX 64630
ST PAUL MN 55164-0630
902

BFB INC
C/O DAVID C MILLER - JKR BUSINESS
PO BOX 10489
MERRILLVILLE, IN 46411-0489

Dear Wire Transfer Customer,

Regarding your Account:
Credited for Amount:        49,988.00
Date:                       November 5, 2002
Sequence Number:            021105023030

SourceBk: 021000021-JPMCHASE          TargetBk: 071000521-FIRST BANKNA CHGO

DISP=02P N
TIME=11051628FT01
OMAD=20021105 11Q73AGC00415111051628FT01
CODE=1000
IMAD=20021105B1QGC01C003999
AMT=000004998800
SND=021000021JPMCHASE*
SBR=0314700309JS*
RCV=071000521FIRST BANKNA CHGO*
TYP=CTR      *
CRG=$USD0,*
OCA=USD50000,*
BBK= *US BANK*WRIGLEY BUILDING 400N MICHIGAN AVE*CHICAGO IL 60611*
BNF=D198070568698*BFB LTD*
RFB=SWF OF 02/11/05*
ORG= *ROGAN TRUST*
OGB= *OCEANIC BK + TR LTD NASSAU*TK HOUSE BAYSIDE EXECUTIVE PARK*WEST BAY STREET
*BLAKE RD*
INS=BROYCCAT2*
OBI=REF: PETER ROGAN*

Please Address any inquiries regarding this wire transfer to:
US Bank Wire Transfer Customer Service at:  (888) 799-4737



EXHIBIT
H

BFB 000227



**u.s.bank.**
Five Star Service Guaranteed ⊛

P.O. Box 1800
Saint Paul, Minnesota 55101-0800
00585   000002  11639MBA1 Y ST01

**Business Statement**
Account Number
1 9 80 7056 869
Statement Period:
Nov. 1, 2002
through
Nov. 30, 2002

Page 1 of 1



BFB INC
C/O DAVID C MILLER - JKR BUSINESS
PO BOX 10489
MERRILLVILLE  IN 46411-0489

☏                                    To Contact U.S. Bank

24-Hour Business
Solutions:                        1-800-673-3555

TDD:                              1-800-685-5065

Internet:                         www.usbank.com

---

## NEWS FOR YOU

Just in time for holiday gift giving, American Express® Gift Cheques can now be ordered on *usbank.com!* With a simple click, you can easily and conveniently purchase Gift Cheques online, avoiding the typical holiday season of long waiting lines and crowds. American Express Gift Cheques are ideal for everyone on your list this holiday season and can be used to buy virtually anything. Log on to *usbank.com* to order your Gift Cheques today!

---

## COMMERCIAL CHECKING
**Account Number**
U.S. Bank National Association                                                *Member FDIC*

### Account Summary

|                               | # Items |     | Amount      |
|-------------------------------|---------|-----|-------------|
| Beginning Balance on Nov. 1   |         | $   | 3,468.67    |
| Other Deposits                | 1       |     | 49,988.00   |
| Checks Paid                   | 2       |     | 40,384.91-  |
| **Ending Balance on Nov. 30, 2002** |   | $   | **13,071.76** |

---

### Other Deposits

| Date   | Description of Transaction                            | Ref Number |   | Amount    |
|--------|-------------------------------------------------------|------------|---|-----------|
| Nov. 5 | WIRE TRAN1 003999      INCOMING FEDWIRE 021105023030  |            | $ | 49,988.00 |
|        | **Total Other Deposits**                              |            | $ | **49,988.00** |

---

### Checks Paid

| Check | Date     | Ref Number | Amount    | Check | Date     | Ref Number | Amount  |
|-------|----------|------------|-----------|-------|----------|------------|---------|
| 2111  | Nov. 12  | 7912196741 | 40,204.91 | 2112  | Nov. 18  | 7612514109 | 180.00  |
|       |          |            |           |       | **Total (2 ) Checks Paid** | $ | **40,384.91-** |

---

### Balance Summary

| Date   | Ending Balance | Date    | Ending Balance | Date    | Ending Balance |
|--------|----------------|---------|----------------|---------|----------------|
| Nov. 5 | 53,456.67      | Nov. 12 | 13,251.76      | Nov. 18 | 13,071.76      |

Balances only appear for days reflecting change.

---

**EXHIBIT**
I

BFB 000149

11-05-202 12:23PM    FROM BAINBRIDGE MANAGMENT 2197939570                    P.1

Phone (219) 793-8500         Fax (219) 793-9570

**Bainbridge Management, Inc.**

# Fax

| | | |
|---|---|---|
| FROM: ~~To~~ CHARLES HEPBURN | To: Peter G. Rogan | |
| Fax: 1·242·5073840 | Pages: 3 | |
| Phone: | Date: 11/5/02 | |
| Re: YOUR REF 1021 | CC: | |

INSTRUCTION FOLLOW UP - WIRE INSTRUCTIONS

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

AT YOUR CONVIENCE PLEASE WIRE THE
AMOUNTS AS DESIGNATED ON THE ATTACHED
PAGES TO THE NAMED ACCOUNTS
THANK YOU

Sincerely,
Peter N. Rogan

Mr. Rogan,
       Transfers initiated today please
Confirm receipt.

Regards
       Charles.

**EXHIBIT**

tabbies

J

OB 00690

11-05-202 12:24PM    FROM BAINBRIDGE MANAGMENT 2197939570                    P. 2

### Wire Transfer Info
### For
### BFB, Ltd

BFB              US Bank              Account #

ABA
Routing # 0719044779        Opening Branch:        Wrigley Building
                                                    400 N Michigan Ave.
                                                    Chicago, IL 60611
                                                    312-836-6458

$ 50,000.

10 21
Deanbest Trust
I NC dist

11/5/02

OB 00691

4/4/03 at 14:49:31.76

Page: 1

**BFB, Ltd.**
**Cash Disbursements Journal**
For the Period From Jan 1, 2002 to Dec 31, 2002
Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amou |
|------|---------|-----------|------------------|-------------|-------------|
| 1/14/02 | 2098 | 61602 | for Boat Slip | 4,894.40 | |
| | | 11101 | VICTOR SZURGOT | | 4,894.40 |
| 1/22/02 | 2099 | 61611 | | 12.04 | |
| | | 11101 | VERIZON WIRELESS | | 12.04 |
| 1/29/02 | 2100 | 61801 | | 137.00 | |
| | | 11101 | Prime Food Caterers, Inc. | | 137.00 |
| 2/21/02 | 2102 | 61611 | | 12.04 | |
| | | 11101 | AMERITECH | | 12.04 |
| 2/25/02 | 2103 | 61702 | | 30.00 | |
| | | 11101 | IL. DEPT. OF NATURAL RESOURCES | | 30.00 |
| 3/26/02 | 2104 | 61611 | | 12.04 | |
| | | 11101 | VERIZON WIRELESS | | 12.04 |
| 5/23/02 | 2105 | 61522 | Invoice # 8270 | 11,791.01 | |
| | | 11101 | Captain's Orders, Inc | | 11,791.01 |
| 7/15/02 | 2107 | 61522 | | 8,530.93 | |
| | | 11101 | Captain's Orders, Inc | | 8,530.93 |
| 7/29/02 | 2106 | 61522 | Inv.#8394 | 5,100.00 | |
| | | 11101 | Captain's Orders, Inc | | 5,100.00 |
| 8/23/02 | 2108 | 61703 | Invoice: D 5653-778-3 | 50.00 | |
| | | 11101 | Secretary of State - Illinois | | 50.00 |
| 9/16/02 | 2109 | 61312 | | 2,002.00 | |
| | | 11101 | CHUBB | | 2,002.00 |
| 9/26/02 | 2110 | 61501 | Invoice: 17727 | 125.00 | |
| | | 11101 | Tabooles, Foley & Associates | | 125.00 |
| 9/26/02 | PGR MSDW #113 | 61522 | Invoice: 8375 | 25,000.00 | |
| | | 11101 | Captain's Orders, Inc | | 25,000.00 |
| 11/6/02 | 2111 | 61522 | Invoice: 8375 | | 2,978.55 |
| | | 61522 | Invoice: 8437 | 3,359.99 | |
| | | 61522 | Invoice: 8455 | 9,752.39 | |
| | | 61522 | Invoice: 8457 | 30,071.08 | |
| | | 11101 | Captain's Orders, Inc | | 40,204.91 |
| 11/6/02 | 2112 | 61501 | Invoice: 17773 | 180.00 | |
| | | 11101 | Tabooles, Foley & Associates | | 180.00 |
| 12/13/02 | 2113 | 61522 | Invoice: 8550 | 6,189.29 | |
| | | 11101 | Captain's Orders, Inc | | 6,189.29 |
| 12/18/02 | 2114 | 61702 | Registration Fee for Tender on Yacth | 22.00 | |
| | | 11101 | IL. DEPT. OF NATURAL RESOURCES | | 22.00 |
| 12/18/02 | 2115 | 81201 | | 64.00 | |
| | | 11101 | Illinois Department of Revenue | | 64.00 |
| | Total | | | 107,335.21 | 107,335.21 |



EXHIBIT

K

tabbies*

PGR_MVille_TempBox17_000331