

Captain Timothy Dry, LLC

Accredited Marine Surveyor

USCG MASTER OF STEAM, MOTOR OR AUXILIARY SAIL VESSELS
SOCIETY OF ACCREDITED MARINE SURVEYORS®, SAMS®–AMS® #967
Yachts & Ships – Sail & Power
Serving the Great Lakes, Coastal New England and Southern Waters



**THE FOLLOWING SURVEY IS PRIVILEGED AND CONFIDENTIAL, HAVING BEEN
DONE EXPRESSLY AT THE REQUEST OF: Nicholas Wilder, Waveland Partners
AND FOR HIS/HER USE ONLY AND UNDER ANY LIMITATION NOTED.**



EXHIBIT

L

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## <u>PRIVILEGED AND CONFIDENTIAL</u>

| | |
|---|---|
| SURVEY REPORT NUMBER: | 121511P |
| REPORT SCOPE: | Condition and valuation appraisal |
| INTENDED FOUNDATION: | n/a |
| PARTY REQUESTING THIS SURVEY: | Nick Wilder |
| PARTY PRESENT DURING SURVEY: | Surveyor only |

| | |
|---|---|
| TO: | Nicholas Wilder, Waveland Partners |
| ADDRESS: | 70 East Lake St., Suite 1500 |
| CITY/STATE/ZIP: | Chicago, IL 60601 |
| TELEPHONE: | 312-634-6310 (W), 312-203-6310 (C) |
| FAX/EMAIL: | nwilder@wvlp.com |

### <u>VESSEL</u>

| | |
|---|---|
| VESSEL NAME: | Fringe Benefits |
| REGISTRATION/DOCUMENTATION#: | None found |
| HULL ID #: | CDRJA506C889 |
| HAILING PORT: | Chicago, IL |
| CURRENT USE: | Recreational |
| DATE LAST HAULED: | Fall 2006 |
| DATE OF SURVEY/APPRAISAL: | December 14, 2011 |
| SURVEY/APPRAISAL CONDUCTED AT: | Doyne's Marina, Portage, IN |
| IN OR OUT OF WATER: | Out of water, winterized |
| DESIGNER/BUILDER: | Carver Yachts, Pulaski, WI |

| | |
|---|---|
| TYPE OF VESSEL: | Motor Yacht |
| YEAR BUILT: | 1989 |
| HULL MATERIAL: | FRP |
| HULL COLOR: | White |
| HULL TYPE: | Modified V |
| MODEL: | Californian |
| LOA: | 48' 5" per manufacturer's specs |
| DEADRISE AFT: | 15° per manufacturer's specs |
| LWL: | 40' 11" per manufacturer's specs |
| BEAM: | 15' 2" per manufacturer's specs |
| DRAFT: | 4' 8" per manufacturer's specs |
| DISPLACEMENT: | 43,000 lbs per manufacturer's specs |
| SPEED: | Cruise 15 knots, top end 19 knots per manufacturer's specs |

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

**TRAILER/CRADLE**                     None

MANUFACTURER:
MODEL:
VIN#:
MATERIAL:

## DEFINITION OF TERMS

The terms and words used in this report have the following meanings as used in this survey:

**APPEARS:**
  Indicates that a very close inspection of the particular system, component or item was not possible due to constraints imposed upon the surveyor (e.g. no power available, inability to remove panels, or requirements not to conduct destructive tests).

**SERVICEABLE:  ADEQUATE:**
  Sufficient for a specific requirement.

**POWERS UP:**
  Power was applied only.  This does not refer to the operation of any system or component unless specifically indicated.

**EXCELLENT CONDITION:**
  New or like new.

**GOOD CONDITION:**
  Nearly new, with only minor cosmetic or structural discrepancies noted.

**FAIR CONDITION:**
  Denotes that system, component or item is functional as is, with minor repairs. (MONITOR OFTEN)

**POOR CONDITION:**
  Unusable as is.  Requires repairs or replacement of system, component for item to be considered functional.

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

<u>**HULL**</u>

| | |
|---|---|
| TOPSIDES: | Foam cored FRP with gelcoat, no moisture, voids or anomalies noted with exception to starboard side |
| BOTTOM: | Solid FRP with gelcoat and bottom paint. No moisture, voids or anomalies noted |
| STEM: | FRP flared with gelcoat. Repair noted on stem |
| TRANSOM: | FRP with gelcoat, no visual anomalies |
| STRINGERS: | FRP encapsulated plywood. No anomalies noted in limited access areas |
| BULKHEADS: | Plywood tabbed into hull with decorative laminates, mildew covered |
| FLOOR TIMBERS: | Dimensional lumber, appears serviceable |
| FASTENERS: | Stainless steel, appears serviceable |
| DECK TO HULL FASTENERS: | Stainless steel where visible with chemical bond, appears serviceable |
| DECK TO HULL JOINT: | Appears serviceable |
| DECK: | FRP with gelcoat and molded non-skid, too dirty to use moisture meter or visually inspect |
| KEEL: | Appears serviceable with little access |
| CENTERBOARD: | None |
| SKEG: | None |
| BOTTOM PAINT: | Ablative paint, needs repainting |
| BILGE: | FRP, needs cleaning |
| BILGE PUMPS: | Two found, did not work and had no labels |
| THRU HULLS & FITTINGS BELOW WATERLINE: | All thru-hull sea valve fittings, transducers, and strainers appeared adequately sealed and bonded to hull, appears serviceable. Reference ABYC H-27 |
| THRU HULLS ABOVE WATERLINE: | Plastic with mushroom head fittings |
| SEACOCKS: | Poor condition - Service or replace (Reference ABYC H-27) |
| HATCHES: | One forward opening hatch |
| SWIM PLATFORM: | FRP has damage port side |
| RUBRAIL/TOERAIL: | PVC with stainless steel insert, good condition |
| PORTHOLES: | Four oval ports forward, serviceable |
| BOOT AND SHEER STRIPES: | Black and gold vinyl stripes, good condition |

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## SUPERSTRUCTURE

| | |
|---|---|
| COCKPIT: | None |
| PILOTHOUSE: | None |
| FLYBRIDGE: | Serviceable FRP with helm, seating, storage |

## CABIN

| | |
|---|---|
| DESCRIPTION: | Three staterooms, galley and dinette, two heads and main salon, serviceable |
| BULKHEADS/JOINER WORK: | Teak faced plywood, serviceable |
| FABRIC, CUSHIONS: | Vinyl and woven fabric over foam, serviceable |
| CABIN SOLE: | Plywood with carpeting, serviceable |
| WINDOW TREATMENTS: | Bolsters and curtains, serviceable |
| HEADLINER: | Vinyl, serviceable |

## MACHINERY                                  Reference ABYC P-1 thru P-27

MAIN ENGINE(S) LOCATION: Two below main salon
MAKE/MODEL: Caterpillar 3208                          FUEL: Diesel
(S) SERIAL NO: 01212984          YEAR: 1989          HOURS: 2288
(P) SERIAL NO: 01212974          YEAR: 1989          HOURS: 2772
NUMBER OF CYLINDERS: V-8          HP: 375 each
LAST OVERHAUL: None noted

| | |
|---|---|
| VENTILATION: | Natural inflow with DC powered inline exhaust blowers, serviceable |
| ENGINE COOLING SYSTEM: | Fresh water cooled |
| FILTERS: | Perko sea strainers |
| EXHAUST SYSTEM: | Marine wet exhaust, appears serviceable |
| ENGINE CONTROLS: | Morse, appear serviceable |
| ENGINE INSTRUMENTATION: | Appears serviceable |
| ENGINE MOUNTS: | Appear sound and well secured to support stringers |
| PROPELLER SHAFT(S): | Two stainless steel shafts with two struts each |
| PROPELLER PROTECTION: | None |
| PROPELLER(S): | None on vessel. Two 4-blade wheels are stored in a pile of props in a service building |
| ENGINE BED & STRINGERS: | Appears serviceable |

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

| | |
|---|---|
| REDUCTION GEAR BOX: | Caterpillar gears |
| FLAME ARRESTER: | n/a |
| FUEL PUMP: | No anomalies noted |
| EXHAUST SILENCER: | Two large FRP barrel type, appears serviceable |
| STUFFING BOX: | Traditional neoprene hose with two sets double hose clamps and bronze nuts, appears serviceable. Inspect at launch |
| STRUTS & BEARINGS: | Four, appears serviceable |
| TRIM TABS: | Two Bennet tabs |
| SYNCHRONIZERS: | Glendenning sync, appears serviceable |
| STEERING GEAR: | Hynautic steering |
| RUDDERS: | Two bronze rudders, appears serviceable |
| ENGINE ALARMS: | At helm station, appear serviceable |
| DRIP PANS: | None |
| ZINCS: | Five well used, need replacement |
| BELTS & PULLEYS: | Need replacement |
| V-DRIVES: | n/a |
| THRUSTERS: | Vetus bow thruster with 3-blade prop. Needs new zinc anode. Motor not readily visible |
| STABILIZERS: | Naiad model 201, heavily rusted, will need service |

**I/O UNIT**                                                    n/a

**OUTBOARD MOTOR**                                    n/a

**TENDER**                                                       n/a

**TANKS**

**FUEL TANKS**

| | |
|---|---|
| NUMBER: | Three |
| SHAPE/TYPE: | Two box and one bilge tank |
| LOCATION: | Outboard on each engine and below aft berth |
| FILL LINES/VENTS: | USCG approved type A-2 |
| FUEL LINES: | USCG approved type A-1 |
| OVERFLOW: | Outboard |
| CAPACITY: | 560 gallons |

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

| | |
|---|---|
| MATERIAL: | Aluminum 5052 |
| SECURED: | Appears well secured |
| VALVES: | Ball lever, appear serviceable |
| BONDED: | Copper to ground |
| CONNECTIONS: | Appears serviceable |
| VENTILATION: | Appears adequate |
| CONDITION: | Appears serviceable |
| FUEL SEPARATORS/FILTERS: | Raycor 1000 MA filters |
| FUEL SYSTEM COMPLIANCE: | Very little visual access. No anomalies noted where visible |

**LPG TANKS**                                    n/a

**POTABLE WATER TANKS**

| | |
|---|---|
| NUMBER & CAPACITY: | One 210 gallons Skyline tank |
| MATERIAL: | Aluminum 5052 |
| LOCATION: | Below aft berth 165 gallons |
| SECURED: | Well secured |
| LINES: | Vinyl lines, no anomalies noted where visible |
| PRESSURIZED OR MANUAL: | Pressurized |

**WASTE TANKS**

| | |
|---|---|
| NUMBER & CAPACITY: | One unknown |
| MATERIAL: | Not visible |
| LOCATION: | In bilge aft of engine |
| SECURED: | Unknown |
| DISCHARGE: | To deck fitting and overboard |
| MSD COMPLIANT: | Type III |

**ELECTRICAL SYSTEM**                  Reference ABYC E-2, 10, 11 and A-31

| | |
|---|---|
| DC POWER:  6 VOLT:          12 VOLT:X          OTHER: | |
| DC WIRING: | In poor condition |
| STORAGE BATTERY(S): | There is room for four 80 batteries in wood box, have been removed. Needs new batteries |
| SECURED: | None to be secured |
| BATTERY CHARGER: | Scentry G160 3NL, powers up |
| MASTER SWITCH: | Two on panel |
| POWER DISTRIBUTION PANEL: | Starboard side main salon |
| CIRCUIT PROTECTION DEVICES: | Breakers |

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

| | |
|---|---|
| SPREADER LIGHTS: | n/a |
| DECK LIGHTS: | n/a |
| SPOT LIGHTS: | n/a |
| COURTESY LIGHTS: | None |
| CABIN LIGHTS: | Some working |
| BONDING SYSTEM: | With green covered stranded copper wire to engines and camp external plate. Zincs are well eroded |
| BATTERY SELECTOR SWITCH: | Four Guest rotary 2-way switches |
| INVERTER: | None |
| ELECTRICAL MONITORING SYSTEM: | Two DC amp and volt meters |

**AC POWER:**   120 VOLT: X    240 VOLT: X    AMP SERVICE: 30 and 50 amp service

| | |
|---|---|
| AC WIRING: | In poor condition |
| SHORE POWER CONNECTION: | One 30 amp and one 50 amp per side |
| SHORE POWER LINES: | One 50 amp cord found |
| POWER DISTRIBUTION PANEL: | Starboard side main salon well organized |
| MASTER SWITCH: | On panel |
| CIRCUIT PROTECTION DEVICES: | Breakers |
| WALL BOXES: | Some working |
| POLARITY MONITOR: | On panel |
| LIGHTNING PROTECTION: | Ground only |
| ELECTRICAL MONITORING SYSTEM: | Two AC volt and amp meters, powers up |
| CATHODIC PROTECTION: | Zinc anodes |

**AUXILIARY GENERATOR**          Reference ABYC A-27 and E-11

| | |
|---|---|
| MANUFACTURER: | Kohler |
| SERIAL NO: | 213856 |
| FUEL: | Diesel with Raycor 500 MA filter |
| LAST KNOWN OVERHAUL: | Unknown |
| MODEL: | 20CC0063 |
| KW: | 20 |
| HOURS: | 4531 hours |
| FLAME ARRESTER: | n/a |
| COOLING: | Fresh water cooled |
| EXHAUST: | Wet exhaust through water lift silencer starboard side |
| LOCATION: | Forward of starboard engine |
| CONDITION: | Very high hour with little apparent maintenance |

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

**GALLEY**

| | |
|---|---|
| LOCATION: | Poet side forward on lower level |
| GALLEY STOVE/OVEN: | 3-burner Princess |
| FUEL SUPPLY/LOCATION: | 110 AC power |
| REGULATOR: | On stove |
| SHUT-OFF: | On stove and panel |
| FUEL TANK: | None |
| COOLER/REFRIGERATION: | Kelvinator home stand-up refrigerator and freezer with icemaker |
| WATER HEATER: | Raritan, rusted and needs replacement |
| CABINETRY: | Teak, dirty and covered with mildew but serviceable |
| PRESSURE H2O: | Connections appear serviceable |
| H2O PUMPS: | Groco Paragon 12V on demand pump, appears serviceable |
| MICROWAVE: | GE micro wave/convection |
| SINK: | Two stainless steel sinks |
| ICEMAKER: | None |
| WASHER/DRYER: | Frigedaire washer and dryer |
| DISHWASHER: | None |
| ADDITIONAL GALLEY EQUIPMENT: | Waste King compactor |
| AFT DECK BAR INCLUDES: | Sink, Raritan refrigerator and teak cabinet |

**HEATING/COOLING**

| | |
|---|---|
| HEATING/AIR-CONDITIONING: | Three Marine Air systems found, poor condition |

**MARINE SANITATION DEVICES**

| | |
|---|---|
| NUMBER OF HEADS: | Two |
| TYPE: | 12 volt |
| MSD TYPE: | III |
| CONDITION OF HOSES: | Fair |
| TYPES OF DISCHARGE: | Both deck pump-out and overboard |
| MACERATOR: | Not seen |
| SHOWER/SUMP: | Atwood V-7502 in collection box |

**CANVAS INVENTORY**

Very poor condition Sunbrella bridge enclosure and side curtains on aft deck

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## FITTINGS & EQUIPMENT

| | |
|---|---|
| DECK HARDWARE: | Appears well placed bedded and fastened, appears serviceable |
| CLEATS AND CHOCKS: | Eight large horn cleats well bedded and fastened, appear serviceable |
| STANTIONS/LIFELINES: | Stainless steel well bedded and fastened, appear serviceable |
| BOW PULPIT: | Stainless steel well bedded and fastened, appears serviceable |
| STERN PULPIT: | Has FRP weatherboards, good condition |
| GRAB RAILS: | Stainless steel well bedded and fastened, appear serviceable |
| SCUPPERS: | Appear adequate |
| GROUND TACKLE: | One Simpson Lawrence plow anchor with chain |
| ANCHOR WINDLASS: | Maxwell Nilsson |
| HAWSE PIPE: | Appears serviceable |
| MOORING LINES: | None found |
| SELF-STEERING GEAR: | Robertson autopilot AP200DL |
| AERIALS: | Two GPS, one Loran, one Seawatch TV, two VHF |
| VHF TRANSMITTER/RECEIVER: | King VHF 7001 |
| LORAN-C: | NorthStar 800 |
| WIND INSTRUMENT: | None |
| KNOT LOG: | None |
| DEPTH FINDER: | Impulse QT 206 |
| FISH FINDER: | None |
| RADAR: | Has Raymarine open array antenna but instrument has been removed |
| COMPASS: | Ritchie |
| GPS: | North Star 800 |
| CHART PLOTTER: | None |
| CLOCK: | None |
| BAROMETER: | None |
| DIGITAL TACH: | None |
| WIPERS: | None |
| HAILER: | Speaker only |
| STEREO: | Sony AM/FM/cassette XR-6450 car stereo |
| CD CHANGER: | None |
| TELEVISION: | One GE TV 17" aft cabin<br>One 22" TV with built-in VCR and DVD player |

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## SAFETY EQUIPMENT (USCG REQUIRED)

| | |
|---|---|
| LIFE JACKETS (PFD): | Three USCG approved type III |
| | Four USCG approved type II |
| LIFE RING: | None found |
| SIGNALING DEVICES: | None found |
| FIRE SUPPRESSION EQUIPMENT: | SIZE, TYPE, LOCATION, CERTIFICATES: |
| PORTABLE FIRE EXTINGUISHERS: | One BC size 1 |
| FIXED FIRE EXTINGUISHER: | Fireboy halon 1301 model 200CG last tested 1993 |
| REGULATORY COMPLIANCE: | Not compliant at this time. Fixed extinguisher will need to be replaced and portable inventory increased |
| NAVIGATIONAL/ANCHOR LIGHTS: | USCG approved light design, appears serviceable |
| STEAMING LIGHT: | USCG approved light design, appears serviceable |
| MARPOL OIL PLACARD: | USCG approved in engine room |
| MARPOL WASTE PLACARD: | USCG approved at companionway |
| HORN: | Not found |
| BELL: | Not found |
| BOARDING LADDER: | Stainless steel folding ladder on port quarter, serviceable |
| USCG NAVIGATION RULES: | None seen |
| WASTE MANAGEMENT PLAN: | For vessels over 40': None seen |
| FLAME ARRESTORS: | n/a |
| VENTILATION BLOWERS: | 12 volt blowers |

## SAFETY EQUIPMENT (AUXILIARY)

| | |
|---|---|
| JACKET LIGHTS/WHISTLES: | None |
| SAFETY HARNESS(ES): | None |
| JACKLINES: | None |
| MOB DEVICE: | None |
| EPIRB: | None |
| CO DETECTORS: | Two New Tec need replacement |
| FUEL VAPOR MONITOR: | None |
| LIFE RAFT: | None |
| FIRST AID KIT: | None |

**VESSEL:  1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## <u>PHOTOS</u>





**VESSEL:  1990 Carver Californian 48 Motor Yacht**

### PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL:  1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL:  1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL:  1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS



**VESSEL:  1990 Carver Californian 48 Motor Yacht**





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL:  1990 Carver Californian 48 Motor Yacht**

<u>PHOTOS</u>





**VESSEL:  1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## PHOTOS





**VESSEL:  1990 Carver Californian 48 Motor Yacht**

<u>PHOTOS</u>





**VESSEL: 1990 Carver Californian 48 Motor Yacht**

<u>**ADDITIONAL INVENTORY**</u>

(EQUIPMENT ABOVE NORMAL INITIAL ITEMS AT TIME OF ORIGINAL PURCHASE)

Wal vac

Dinghy lifting crane

Vetus bow thruster

Naiad stabilizer

Waste compactor

Ground tackle

Anchor windlass

Auto pilot

VHF radio

Loran-C

Compass

GPS

Stereo

TVs

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## SCOPE OF SURVEY

CONDITION & VALUE SURVEY

This survey sets forth the condition of the vessel, including hull, equipment, fittings and gear, to the best of the surveyor's ability, without the removal of bulkheads, paneling, ceilings or other portions of the structure and without the opening up of machinery and auxiliaries for internal examinations. It represents the honest and unbiased opinion of the surveyor, but in submitting this survey, it is understood by all parties concerned, that such survey is not to be considered a guarantee of its accuracy; no does it create any liability on the part of the surveyor arising out of the reliance on the information contained in such survey.

**THE MANDATORY STANDARDS PROMULGATED BY THE UNITED STATES COAST GUARD UNDER THE AUTHORITY OF ITLE 46 UNITED STATES CODE (USC); TITLE 33 AND TITLE 46, CODE OF FEDERAL REGULATION (CFR) AND THE VOLUNTARY STANDARDS AND RECOMMENDED PRACTICES DEVELOPED BY THE AMERICAN BOAT AND YACHT COUNCIL (ABYC) AND THE NATIONAL FIRE PROTECTION ASSOCIATION (NFPA) HAVE BEEN USED AS GUIDELINES IN THE CONDUCT OF THIS SURVEY.**

**Limitations of survey:** This survey is based on a visual examination of all accessible areas and available equipment. Sections of the hull which require removal of surface coating, or disassembly for access are not addressed in this report. Access behind hull liners, deck joint, outboard of and below: forward, main and aft cabin salon sole, hull stringers and below fuel tankage was not attempted. The FRP portions of the vessel were surveyed visually, sounded with an acoustical hammer, and checked with the Tramex moisture meter. The moisture meter may give false readings from carbon fiber, metal backing plate, or bottom paints with high levels of metals. This report does not address the internal condition of the main engine, transmission, generator, cylinder liners, exhausts, muffler and inaccessible piping, for further information regarding the condition of the engine, gears and generator recommend an independent engine survey. Observations are limited solely to the external condition of the electrical wiring and systems were noted, a significant portion of primary and secondary wiring were not inspected, for further information regarding the condition of the wiring recommend an independent electrical survey. Navigation and entertainment equipment was checked for on/off operation only. Condition of inaccessible sections of fuel fill, vent and distribution plumbing is unknown. For in-depth evaluation of the condition of inside of water, fuel, waste tankage, and associated plumbing recommend remove access plated (if provided), or pressure test tank to meet ABYC section H33/H24 as required. This report is not an engineering analysis of the vessel or her laminate. The inspection, findings and opinions expressed in this report are not intended to be construed as an extended warranty or protection against future failure from wear and tear, deterioration or corrosion.

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

**Limitation of access:** Every attempt was made to undertake a complete inspection, however due to physical limitation imposed by design and construction, the following was not available for inspection:

Below and behind tanks, below some areas of the cabin sole, and behind cabinetry and headliner.

Heavy condensation was noted inside and outside vessel

Heavy mildew was noted inside vessel

Tankage was marginally accessible. Electrical systems (AC and DC) were only partially serviceable.

## RECOMMENDATIONS

THE FOLLOWING RECOMMENDATIONS ARE CONSIDERED ESSENTIAL REQUIREMENTS OF UNITED STATES COAST GUARD: (Failure to comply with federal regulations may result in a summons if boarded.)

Overboard waste discharge must be disabled

Vessel needs the following USCG approved equipment:
  One PFD per person
  One signal flare kit
  One type IV throwable PFD
  One bell
  One working horn
  Two B-1 portable fire extinguishers and one safe agent fixed extinguisher
  One waste management plan

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

THE FOLLOWING RECOMMENDATIONS ARE MANDATORY STANDARDS OF
PRACTICE OF TITLE 33 AND TITLE 46 OF THE CODE OF FEDERAL
REGULATIONS, (CFR), AND SUGGESTED STANDARDS OF PRACTICE OF THE
AMERICAN BOAT AND YACHT COUNCIL (ABYC) AND THE NATIONAL FIRE
PROTECTION ASSOCIATION (NFPA):

Portable fire extinguishers must be mounted

Fire extinguishers are required to be serviced and tagged annually by a certified NFPA
service technician.

Electrical system:
Is not working properly. Some wiring appears dangerous

A qualified marine electrician should be retained to survey, repair and return electrical
system to ABYC standards before use.

Fuel system::
One of the three fuel tanks has been replaced. The two remaining original tanks are
recommended to be tested.
All tanks should be drained and cleaned
Fuel pumps and injectors should be cleaned
Fuel filters and lines should be cleaned

THE FOLLOWING RECOMMENDATIONS ARE SAFE GUARDS WITH REGARDS TO
THE SAFETY OF THE VESSEL AND CREW AND PASSENGERS:

The anchor chain is heavily corroded - Replace

Electrical system needs to be rebuilt by a qualified marine electrician to ABYC
standards

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

THE FOLLOWING RECOMMENDATIONS ARE SUGGESTIONS AND OBSERVATIONS FOR THE OWNER:

Bilge pump aft did not operate - Replace

Bilge pump mid bilge did not operate - Replace

Small areas at stem and on starboard topsides show FRP impact damage - Repair as needed

Deck has a dozen small voids. Too dirty and wet to use moisture meter

Needs bottom paint

The canvas inventory is in very poor condition and needs replacement

There is heavy mildew and rust throughout vessel. A thorough deep cleaning is required

Instruments are missing from helm, include Raymarine chartplotter, radar and another unknown instrument possibly extra VHF and hailer

Forward air conditioner is rusted out and needs replacement

Forward shower sump is rusted out and needs replacement

Stabilizers are heavily rusted and need to be overhauled

Potable water heater is rusted and needs to be overhauled

There is water damage to super structure above and to starboard or dinette, above and forward of galley sinks

Recommend sending props to a prop scan company to dial in and tune

Spot light is missing

Batteries need replacement. Three are missing and one is not serviceable. These are 8D batteries, large heavy and expensive

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## CONCLUSIONS

The vessel appears to be in restorable condition for her year. The majority of conditions noted at the time of inspection pertain to a history of hard use, poor seamanship, poor craftsmanship of repairs, salt water use and a long lay-up in an unheated barn with dirt floors. The vessel reflects hard abusive use, and abnormal depreciation. She is equipped with a good selection of additional equipment, much of which needs repair and/or service.

The mechanicals have seen much use, salt water environments and a long lay-up. Caterpillar service is required to return engines and generator to serviceable condition. An engine survey is highly recommended by a Caterpillar service company

Heavy mildew has anchored itself in fabrics, vinyls and on wood surfaces. Moisture has collected and there is surface rust on much of the metal surfaces throughout the vessel.

The vessel appears to have had a history of rough use and was put to rest in 2006 and forgotten. There appears to be plenty of boat remaining to justify a full restoration.

***WARNING*** NOTE WELL THAT THE ULTIMATE RESPONSIBILITY OF THE SAFE OPERATION AND MAINTENANCE OF THIS VESSEL AND SAFETY OF THE CREW AND PASSENGERS LIES WITH THE OWNER AND MASTER.

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

<u>**STATEMENT OF OVERALL VESSEL RATING OF CONDITION**</u>

It is the surveyor's experience that develops an opinion of the OVERALL VESSEL RATING OF CONDITION after the survey has been completed and the findings have been organized in a logical manner.

The grading of condition, developed by BUC RESEARCH, and accepted in the marine industry, for a vessel at the time of survey, determines the adjustment to the range of base values in the BUC USED BOAT PRICE GUIDE, for a similar vessel sold within a given time period, as a consideration to determine the Market Value.

The following is the accepted marine grading system of condition:

"EXCELLENT (BRISTOL) CONDITION" is a vessel that is maintained in mint or Bristol fashion – usually better than factor new – loaded with extras – a rarity.

"ABOVE AVERAGE CONDITION" has had above average care and is equipped with extra electrical and electronic gear.

"AVERAGE CONDITION" is ready for sale requiring no addition work and normally equipped for her size.

"FAIR CONDITION" requires usual maintenance to prepare for sale.

"POOR CONDITION" needs substantial yard work required and devoid of extras.

"RESTORABLE CONDITION" has enough of hull and engine exists to restore the boat to usable condition.

As a result of my investigation, as shown in the SYSTEMS AND FINDING AND RECOMMENDATIONS section of the REPORT OF SURVEY, and by virtue of my experience, my opinion is:


OVERALL VESSEL RATING

 <u>  Restorable - needs major work   </u>

**VESSEL: 1990 Carver Californian 48 Motor Yacht**

## VALUATIONS

THE BASIS OF VALUES FOR THIS VESSEL IS FROM INFORMATION DERIVED FROM VARIOUS AUTHORITATIVE SOURCES.  THE FOLLOWING VALUATION IS BASED ON ALL ITEMS LISTED:

| | |
|---|---|
| CURRENT FAIR MARKET VALUATION: | $50,000 |
| ESTIMATED REPLACEMENT VALUE: | $1,200,000 |
| (COMPARABLE NEW BOAT) | |

THIS SURVEY REPRESENTS MY OPINION OF THE APPARENT CONDITION OF THIS VESSEL BASED UPON THE THOROUGH EXAMINATION OF HULL AND COMPONENTS, WITHOUT DISMANTLING ANY PART OF THE STRUCTURE, ENGINE, OR EQUIPMENT. THIS REPORT IS ISSUED WITHOUT BIAS OR PREJUDICE AND IS SUBJECT TO THE CONDITIONS THAT THIS SURVEYOR IS UNDER NO CIRCUMSTANCES HELD LIABLE FOR ANY ERRORS, OMISSIONS, DEFAULT, NEGLIGENCE, MISREPRESENTATIONS, OR MISSTATEMENTS.  THIS IS SOLELY A STATEMENT OF MY PROFESSIONAL OPINION AND IS NOT A WARRANTY OR GUARANTEE THAT UNFORESEEN OR UNDETECTED DEFECTS OR DAMAGES DO NOT EXIST, BUT REPRESENTS THE BEST OPINIONS, UNDER THE CONDITIONS PRESENT AT THE TIME OF THE SURVEY.

ANY USE OF THIS SURVEY OR ANY INFORMATION WITHIN THE SURVEY INDICATES AGREEMENT WITH ALL AFOREMENTIONED CLAUSES AND LIMITATIONS.

_____
Timothy J. Dry

Accredited Marine Surveyor®
SAMS®-AMS®#967
Society of Accredited Marine Surveyors®
USCG Master of Near Coastal Waters
Sail, Power & Steam to 100 tons
Member ABYC

December 15, 2011
Date

LOA x $18.00/FT FOR VESSELS UNDER 40':
| | |
|---|---|
| LOA X $20/FT FOR VESSELS 40' AND LARGER: | $960 |
| TRAVEL & EXPENSES: | 25 |
| PROCESSING FEE: | 75 |
| TOTAL CHARGES: | $1060 |
| PAYMENT METHOD: | |

PAYABLE UPON RECEIPT BY CASH, MONEY ORDER, OR CERTIFIED CHECK TO:

**CAPTAIN TIMOTHY DRY, LLC**
**2715 Floral Trail, Long Beach IN 46360**
**Tele:  219-872-2286, cell 219-871-9052**
**Email:  timdry@earthlink.net**

**B F B, INC.**
P.O. BOX 10489
MERRILLVILLE, IN 46411-0489

US BANK
CHICAGO, ILLINOIS 60611-4181

2-52/710

CHECK NO. 2112

2112

Memo:

PAY
TO THE
ORDER
OF

AUTHORIZED SIGNATURE

⑆000001 8000⑆

---

**B F B, INC.**
P.O. BOX 10489
MERRILLVILLE, IN 46411-0489

US BANK
CHICAGO, ILLINOIS 60611-4181

2-52/710

CHECK NO. 2111

2111

Memo:

Nov 6, 2002       ***$40,204.91
DATE                      AMOUNT

Forty Thousand Two Hundred Four and 91/100 Dollars

PAY
TO THE
ORDER
OF

Captain's Orders, Inc
2058 Joliet Road
Valparaiso,, IN  46385

AUTHORIZED SIGNATURE

⑆00040 2049 1⑆

**EXHIBIT**

_M_

**DOYNE'S MARINE**
1340 N CRISMAN RD
PORTAGE INDIANA 46368
Phone: 219-762-7622
Fax: 219-762-2666

**Order #: 0003224**
Tag No:
Created:     04/13/2012
Printed:     04/13/2012
PO No:

**Bill To:**
WAVELAND PARTNERS LLC

**Ship To:**
WAVELAND PARTNERS LLC

| Item | | | | Extended | Qty | Invoiced | Line Total | Tax |
|------|--|--|--|----------|-----|----------|------------|-----|

| Service | | Retail | Discount | Extended | Qty | Invoiced | Line Total | Tax |
|---------|--|--------|----------|----------|-----|----------|------------|-----|
| RENT | INSIDE SPACE | $43,346.98 | 0.00% | $43,346.98 | 1.0 | 0.0 | $43,346.98 | EXMPT |
| DISCOUNT | DISCOUNT | $10,000.00 | 0.00% | $10,000.00 | -1.0 | 0.0 | -$10,000.00 | EXMPT |

THIS IS TO SERVE AS NOTICE, ONCE THIS SAID
BALANCE HAD BEEN PAID IN FULL WE WILL
RELEASE ANY AND ALL LEINS AND ALL RIGHTS
TO THE VESSEL (1989 CALIFORNIAN 48 MY
HULL # CDRJA506C889)

*Marion Allen Bingle V.P.*
*Doyne's Marine Inc.*

| | |
|---|---|
| + Sale Total: | $.00 |
| + Service Total: | $33,346.98 |
| = Sub Total | $33,346.98 |
| + Tax: | $.00 |
| = Grand Total: | $33,346.98 |
| - Deposits | $.00 |
| **Balance:** | **$33,346.98** |



EXHIBIT

N

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DEXIA CRÉDIT LOCAL, f/k/a Dexia Public )
Finance Bank and Credit Local of France, )
                                          )
        Plaintiff,                 )
                                            )   No. 02 C 8288
           v.                      )
                                            )   Judge Matthew F. Kennelly
PETER G. ROGAN, *et al.*,             )
                                            )
        Defendants.            )

## ORDER AUTHORIZING COURT-APPOINTED RECEIVER
## TO SELL PETER ROGAN YACHT

Plaintiff Dexia Crédit Local's ("Dexia") Motion For An Order Authorizing Court-Appointed Receiver To Sell Peter Rogan Yacht ("Motion") is hereby GRANTED.

1.    The Court finds that the 48-foot Carver ship identified by U.S. Coast Guard Certificate Number 976050 and bearing the name "Fringe Benefit" ("Yacht") and all rights and interests arising out of or relating to the Yacht constitute an asset of Peter Rogan subject to execution by Dexia to satisfy its judgment against Peter Rogan;

2.    Any interest in the Yacht of Peter Rogan and BFB, Ltd. is hereby terminated;

3.    The Yacht and all rights and interests arising out of or relating to the Yacht are hereby turned over and transferred to the Court-appointed Receiver;

4.    In lieu of physical turnover of the Yacht, the Receiver is authorized to sell the



1

Yacht subject to the terms set forth in Dexia's Motion and to dispose of the net proceeds upon further instructions from Dexia.

    5.     After the sale of the Yacht and payment of $33,346.98 to Doyne's Marine, Inc., all liens and rights that Doyne's Marine, Inc. has with respect to the Yacht shall be terminated and extinguished.


        SO ORDERED.

May __, 2011

                                    _____
                                    Judge Matthew F. Kennelly
                                    United States District Judge

2